# **EXHIBIT A**

From: SecureMyPass promo@securemypass.com
Subject: Black Friday promo! Up to 25% Bonus Drops Friday!
Date: Nov 25, 2025 at 11:09:24 AM
To:

# BLACK FRIDAY
# UP TO 25% BONUS

Friday Nov 28 – Monday Dec 2 Only

We're telling you **days early** for a reason:

Getting enough Ethereum ready can take 2–5 days on most exchanges.
We don't want you to miss out on a single percent because your funds arrive late.

## Our biggest top-up bonus ever goes live Friday

**Up to +25% extra** when you top up with Ethereum
One-time use · One per account · Strictly Nov 28 → Dec 2

## Friday Nov 28 → Monday Dec 2

The "Black Friday Promo" tab appears Friday morning. Funds sent before or after the window = zero bonus.

## Your Game Plan (Start Today)

1. **Start buying or moving Ethereum today** (so it's ready by Friday)
2. Friday morning → log in and click the new **BLACK FRIDAY PROMO** tab
3. Enable the discounts (3 seconds)
4. Send your ETH anytime Friday → Monday

Huge thanks to our partners who made this possible:

**Private Tabs – 2-Day Free Trial – click here**

**Phantom Checker – 14-Day Free Trial – click here**

See you Friday.
Let's make this weekend absolutely massive.

## The SecureMyPass Team

This email was sent to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
*why did I get this?*   unsubscribe from this list   update subscription preferences
SecureMyPass · 123 N New York Ave · Atlantic City, NJ 08401 · USA