# **EXHIBIT D**

☰ SUBSCRIBE

**COVER STORY**
James Cameron Is Ready to Move Beyond 'Avatar': "I've Got Other Stories to Tell"

HOME > NEWS > GENERAL NEWS

# AXS Ticketing to Serve as Exclusive Ticket Seller for Some of L.A.'s Biggest Concert Venues

UPDATED: The AEG service, which launched last year, presents a major challenge to Ticketmaster, the dominant U.S. ticket seller.

BY ALEX BEN BLOCK FEBRUARY 4, 2013 1:17PM

    



12/17/25, 11:19 PM
Case 2:26-cv-00361    Document 1-4    Filed 01/13/26    Page 3 of 16    Page ID #:51
AXS Ticketing to Serve as Exclusive Ticket Seller for Some L.A. …

THE HOLLYWOOD REPORTER

SUBSCRIBE

GETTY IMAGES

AEG said Monday that its AXS Ticketing will replace Ticketmaster as the sole ticketing agency for events held at four of its sports and entertainment outlets in Los Angeles — Staples Center, Nokia Theatre, L.A. Live and Club Nokia.

The first event at Staples for which tickets will be sold through AXS (pronounced Axis) will be **Beyonce**'s  June 26 concent at Staples, which kicks off her world tour. The tour was announced after her halftime performance at the Super Bowl on Sunday.

The move is a major threat to Ticketmaster, which is the dominant concert ticket sales service. Staples is one of the top concert venues in the U.S. The West Hollywood-based Ticketmaster merged in 2010 with Live Nation to become Live Nation Entertainment.

ADVERTISEMENT



At least through t his season, however, Ticketmaster will continue to handle ticket sales for the Los Angeles Lakers and the Los Angeles Clippers, both of whom play their games in Staples Center.

**PHOTOS: Super Bowl 2013: Beyonce Sings (Live!) and Reunites With Destiny's Child for Halftime Show**

Launched in August 2011 by AEG, AXS Ticketing already is serving 24 venues, including London's O2 arena (also controlled by AEG), the top concert venue in the U.K. since 2007.

"With the addition of AEG's largest and most iconic venue to date — Staples Center — the ticketing platform now powers the No. 1 arenas in both North America and the United Kingdom, with true momentum forward," said **Tom Andrus,** AXS Digital senior vp and GM. "AXS is more than just ticketing and was created as a complete platform to redefine the live-event experience by empowering venues

12/17/25, 11:19 PM
AXS Ticketing to Serve as Exclusive Ticket Seller for Some L.A. sit
Case 2:26-cv-00361    Document 1-4    Filed 01/13/26    Page 4 of 16    Page ID #:52

**SUBSCRIBE**

ADVERTISEMENT

For AEG, owned by Denver billionaire **Phil Anschutz**, the move is not just about ticketing but about controlling the fan experience and cutting out the middleman — thus keeping an extra portion of the ticket price. This is seen as a way to curb the scalping of tickets and to make it easier to buy them. An app that allows ticket holders to order concessions that will be delivered to their seats is another innovation.

**STORY: Potential AEG Bidders Include Westfield, Steven Mnuchin (Report)**

In the announcement, AEG said it also has begun to acquire other assets to add additional capabilities to AXS Ticketing and to collect data it says will present "a true picture of fans from the moment they contemplate a purchase until they leave the venue post-event."

ADVERTISEMENT

Recent acquisitions include Carbonhouse, which creates websites for arenas, performing arts centers and convention centers. It offers Apps for Venues in partnership with WillowTree Apps. Carbonhouse is said to have more than 100 client facilities across the U.S., including Barclay's Center in Brooklyn, American Airlines Arena in Miami and KeyArena in Seattle.



**SUBSCRIBE**

AEG also recently became a "strategic investor" in ByPass, which offers ordering and payment services for venues.

"AXS is rapidly becoming the world's only end-to-end digital venue services platform, unifying the entire event lifecycle for both the fan and venue management to create seamless experiences, personalization and commerce and data-capture opportunities," said **Bryan Perez**, AEG president of digital, ticketing and media. "Today's investments demonstrate our commitment to deploy technologies that do more than just ticketing but truly empower venues to build direct relationships with their patrons and enhance the entire fan experience."

ADVERTISEMENT



Other innovations include AXS Invite, which allows people to buy tickets and reserve adjacent seats for their friends. Since it was introduced in October, according to AEG, 64 percent of people using AXS have purchased tickets using the system, which it says increased the size of the average transaction by 2.4 percent to 4 percent.

AEG also acquired Front Gate Tickets in a joint venture with C3 Presents. It is billed as the largest independent ticketing company in the U.S. and has handled such events as the Coachella Valley Music & Arts Festival and Lollapalooza.

AEG also partners with eBay and StubHub to create what it calls a fan-to-fan ticket marketplace for AEG venues worldwide, with PayPal becoming one of the ways people can pay for the tickets.

ADVERTISEMENT

SUBSCRIBE

**STORY: Staples Center Is the Capital of the Sports World This Weekend**

AEG also said it soon will launch Fair AXS, to allow fans to buy tickets in advance of the official sale by filling out a form in the week before the tickets are available.

The company also plans to roll out AXS Anywhere, which allows partner websites to sell tickets through AXS Ticketing. This would allow someone on a website like ESPN to read about an upcoming sporting event and then use a widget to click and buy tickets.

Last year, **Mark Cuban** renamed his premium cable TV channel HDNet as AXS TV. It features live concerts and events with tickets available through AXS Ticketing. AXS TV is a joint venture of Cuban, AEG, **Ryan Seacrest** and the CAA talent agency.

ADVERTISEMENT



AEG announced in the fall that it was putting L.A. Live, Staples and other assets, including its sports teams in Los Angeles, up for sale. That process has slowed, according to reports, because there is more interest than expected in the properties. Days after Anschutz put AEG up for sale, the Los Angeles City

12/17/25, 11:19 PM
Case 2:26-cv-00361    Document 1-4    Filed 01/13/26    Page 7 of 16    Page ID #:55
AXS Ticketing to Serve as Exclusive Ticket Seller for Some L.A. …



## Related Stories

**RELATED STORY**

L.A.'s Richest Man Interested in AEG

## Related Stories

**RELATED STORY**

Mark Cuban's AXS TV Announces 'Gotham Comedy Live' (Exclusive Video)

## Related Stories

**RELATED STORY**

John Nogawski - P 2012

## Related Stories

**RELATED STORY**

Muse at Staples Center: Concert Review

### You May Like

**Spine Specialists Says: Do This For 15min To Relieve Sciatica**
SmoothSpine

**Scarlett Johansson and Colin Jost's Mansion in $New York$ Is Absolutely Incredible**

**Roman Wives Had To Do This When Their Husband Came Back From A Long War**

 **www.billboard.com** /pro/fair-axs-tickets-concert-scalpers-bots/

# This Is the Tech Chappell Roan Used to Combat Bots and Scalpers

Dan Rys, Lyndsey Havens : 7-8 minutes : 30/10/2025

When Chappell Roan began contemplating her return to the stage after the biggest year of her professional career — one that included a series of record-breaking festival performances and culminated in a Grammy for best new artist — she had a clear vision for how she wanted to do it.

"She loves the feeling of a festival-style show, where people can dance and be free of fixed systems," says Kiely Mosiman, one of Roan's agents at Wasserman Music. "So we came up with the initial idea of, essentially, building festival sites — but just for Chappell's show."

## Members of Roan's live team will speak at Billboard*'s Live Music Summit, which will be held Nov. 3 in Los Angeles. For tickets and more information, click *here*.*

**Related**



Together with Mosiman and Roan's team at Foundations Management, Roan devised a series of fall pop-up performances in New York, Los Angeles and Kansas City, Mo. — the biggest city in her home state — directly catering to her biggest fans. But Roan's camp was concerned that, rather than reaching the hands of those fans, the bots and scalpers that troll high-demand concert on-sales would scoop up tickets for the shows, looking to flood the secondary market with up-charged tickets and make a healthy profit on resales.

Roan outlined that focus in a July Instagram post announcing the eight dates that would begin Sept. 20 in New York and run through Oct. 11 in L.A. "Because we're only coming to

three cities," she wrote, "I wanted to make sure 1. we're keeping ticket prices as affordable as possible and 2. we're trying to keep them away from scalpers."

That's easier said than done. In an era of soaring concert ticket prices and a bot issue that has become so pervasive that Congress has gotten involved, star artists — particularly those who exploded in popularity as quickly as Roan did over the past 12 months — are often frustrated by the difficulties in reaching their biggest fans and catering to those who supported them from the beginning.

To do so, Roan and her team turned to Fair AXS, a program by ticketing partner AXS that aimed to deliver on her vision. As opposed to typical tour rollouts, which usually employ a presale and a general on-sale and are often inundated by bots that buy out inventory instantaneously and astronomically inflate prices on the secondary market, Fair AXS took a slower, more methodical approach. Fans signed up over a three-day period, after which AXS used a proprietary system to verify that each registrant was a real person who maybe even had purchased Roan tickets in the past. AXS then delivered a list of such registrants to her agents at Wasserman. The AXS team released a tranche of ticket-purchasing invitations to fans across a 24-hour period and then, based on the ratio of those fans who actually purchased the tickets, released a second tranche the following day and a third the day after. The result takes much longer than a traditional on-sale — and naturally eschews the "instant sellout" publicity rush — but the demand for Roan was such that there never needed to be a fully open public on-sale, and the process delivered on her goals.

"When you have an artist that wants to do something like this and then you have really strong agents and managers in their corner who will take the time to agree on a plan, it's incredibly effective," says Dean DeWulf, head of venues, North America at AXS. "She chose to focus on fairness for her fans, even when she could have priced tickets higher."

Still, for Roan, the result paid off handsomely: The first six shows of the run — four at Forest Hills Stadium in Queens and two at Liberty Memorial Park in Kansas City — grossed $15.4 million and sold 123,000 tickets, according to Billboard Boxscore, with the two L.A. dates yet to be reported. The process took around two weeks, between the three-day registration window, the seven days during which AXS vetted millions of registrations and the three days of offering the approved fans tickets. But just as important to her team at Foundations, Wasserman and AXS was the response to the shows, where almost every attendee was outfitted in cowboy hats, glitter and hand-made costumes.

"It really did feel like everyone was a part of a community in a way that I haven't felt at a show in a really long time," Mosiman says. "I think sometimes it gets lost how much Kayleigh [Amstutz, Roan's real name] really does care about fans and their experience. And she absolutely was part of this process, putting in the work from day one to do it at this scale."

Scale, now, is the big test for this program. It has been around for several years but has been used most often for one-off specialty shows, such as big-name underplays at small

venues (Paul McCartney used it, for example, when he played California's 4,500-capacity Santa Barbara Bowl in September) or at special venues like Red Rocks in Colorado. Acts such as ODESZA, Vampire Weekend, Billy Strings and Sturgill Simpson have used it, while perhaps the biggest proof of concept came from Zach Bryan's tour in 2023, which utilized the program across its entire 32-date run, with face-value resale exchange. In late October, the Iowa festival Hinterland announced that it will use Fair AXS for its 2026 edition, becoming the first festival to deploy it.

And while artists may be leaving money on the table — the general admission price for Roan's shows was $99 when they could have easily been priced much higher — there are other benefits the program provides artists, in addition to fostering community and rewarding the loyalty of devoted fans. "Artists are so disintermediated from their fans today," DeWulf says. With this program, "they can actually know who the fans are. Being able to give that information to not only the artist camp but also to the promoter is very helpful for them to understand where the fans are, to route the tour to bigger venues next time and add more shows."

Roan's next move, as she put it in her announcement, will be "going away to write the next album." And when she tours behind that release, it will be on the arena — or, perhaps, even the stadium — level. But her connection with her fans in the live environment has now been cemented — and AXS may have a solution to the increasingly impersonal process involved in establishing that connection.

"Ticketing, over the last 20 years, has become so monolithic, so opaque, so confusing, and it's made it easy for bad actors to completely arbitrage the tickets, create scarcity and inflate prices," DeWulf says. "But at the end of the day, ticketing is deeply personal. We're in the fan connection business, and people care so deeply about these artists. That connection that we're powering is so human and personal. And this is a very personal approach."

*This story appears in the Oct. 25, 2025, issue of* Billboard.



Tuesday, December 16, 2025 | Sign In | SUBSCRIBE

Media | Tech | Franchises | Leagues | Exec Transactions | Data | All Topics ▼    Daily Editions ▼ | Newsletters ▼ | Weekly Issue 12.15.2025 ▼

SBJ Live // Register free    From Headlines to Horizons: SBJ's Year-End Recap and 2026 Outlook – 12:30 ET Wednesday

OLYMPICS

# LA28 expands AXS, Eventim relationship as it prepares to launch ticket sales

BY **RACHEL AXON**
09.17.2025



—In addition to serving as official ticketing providers, AXS and Eventim had signed deals to become official supporters for LA28.
AECOM

LA28 is expanding its relationship with AXS and Eventim, bringing the companies on as sponsors as they get ready to launch ticket sales next year.

In addition to serving as official ticketing providers, AXS and Eventim had signed deals to become official supporters, joining the third of three levels of sponsorship for the organizing committee.

The deal is the 12th sponsorship for U.S. Olympic and Paralympic Properties -- the joint venture between LA28 and the USOPC -- announced this year. It comes on the heels of Starbucks joining as a founding partner this week, giving USOPP its second top-tier sponsorship added this year.

The deal will see the companies leverage Eventim's ticketing technology, which it has used in multiple Games, and AXS's patented Mobile ID technology. It will see AXS and Eventim expand activation efforts in support of LA28 and Team USA.

The companies will also become the preferred secondary ticketing provider. LA28 first announced AXS and Eventim would be the official ticketing providers in February.

With AXS and Eventim, LA28 announced steps for tickets to go on sale starting next year for the Olympics

and in 2027 for the Paralympics.

Single tickets will start at $28 with early access for fans around Games venue cities.

While more details are to be revealed later, organizers' plan to fans to purchase tickets currently entails:

- Signing up for LA28's newsletter, which will give details on when ticketing registration opens.
- In January, registering for tickets on la28.org.
- Drawing to determine access to purchase time slots.

Tickets will also be available starting early next year as part of hospitality and travel packages through On Location.





December 09
December 08
December 05
December 04
December 03

November 17
November 10
November 03
October 27
October 20
October 13
**Digital Edition**

Gaming
Marketing
Media
Power Up
Tech
Unpacks
Women's Sports

**EDITIONS**

Morning Buzz
Closing Bell
Weekend Rap

SBJLive

**ALL TOPICS**

Awards & Honors
Betting
Colleges
Data
Events and Attractions
Exec Transactions
Facilities
Finance
Franchises
Gaming
International
Labor and Agents
Leagues and Governing Bodies
Legal and Governance
Marketing
Media
Olympics
Opinion
People and Pop Culture
Sports and Society
Tech
Women's Sports

Sports
2026 Sports Business Awards: Tech
2026 Tech Week
Sports Business Awards
Brand Innovation Summit
Thought Leaders
Thought Leaders: Tech
Forty Under 40

Editorial Calendar
Celebrate
Subscribe
iOS Mobile App

© 2025 Leaders Group. All rights reserved.
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Leaders Group.

Privacy Policy | User Agreement | Cookie Settings | Ad Choices | DSAR Form



Tuesday, December 16, 2025 | Sign In | SUBSCRIBE

Media | Tech | Franchises | Leagues | Exec Transactions | Data | All Topics ▼     Daily Editions ▼ | Newsletters ▼ | Weekly Issue 12.15.2025 ▼

SBJ Live // Register free — From Headlines to Horizons: SBJ's Year-End Recap and 2026 Outlook — 12:30 ET Wednesday

TECH

# Tech-powered tandem pushes digital ticketing company AXS toward the future

BY ETHAN JOYCE
11.12.2025



 AXS appointed Nikhil Bobde (l) as its CTO and shifted longtime employee Alex Hazboun into the newly created chief innovation officer role.
 AXS

A few weeks ago, AXS rolled out a two-person duo to handle the prep required for the LA28 Games and a continued effort to grow globally.

The company shifted Alex Hazboun into a new chief innovation officer role and added Nikhil Bobde, formerly of Meta and Microsoft, as its CTO. Hazboun will report to Bobde and lead a team focused on next-gen technologies and other forward-looking initiatives, while Bobde will oversee AXS' global tech organization and guide its scaling efforts.

Bringing in Bobde attaches a true titan of scaling to this ticketing platform. Bobde helped Facebook Video and Messenger support a nine-figure user population. In a way, there are some similarities between that work and what will come for AXS for LA28. But to him, there's a different level of importance around proximity for both time and space at those Summer Games. If Instagram went down for 5-to-10 minutes, sure, users might complain, but eventually it would return, and users would resume their journeys. That's not the case for supporting sports.

"When we are supporting games that are of global nature and everyone is relying on it, the availability bar, I would say, is even higher," Bobde said. "The latency bar is even higher."

Hazboun, who'd occupied the CTO role for nearly 10 years, pointed out that the company has expanded from a mostly U.S. and U.K. footprint to now running through much of Europe and into Japan and Australia. That created an effort to bolster all the business units throughout the world, which, as you can imagine, puts a premium on looking forward and innovating. It's why this pairing was necessary going forward, said Hazboun.

"Being frank about it, that's why we formed this role," Hazboun said when asked about AXS' innovation roadmap, highlighting a need to be bullish on future-ready experimentation. "Ultimately, it's about really making sure we make [future-ready experimentation] front and center and part of our DNA." More of that will surface as the LA28 Games approach, with Hazboun saying that AXS' international reach will be a benefit as the worldwide event hits North America.

Bobde also expressed some of the underlying romanticism that comes with his new line of work. The emotional connection between fans and the sports and entertainment they crave is hard to compare to anything else, he shared. That alone made the potential of this new role hard to ignore.

"Some of the most memorable moments that we all have in our lives, they're associated with being at that game with our friends when we won against a very close rival by two points, or being at the musical concert and we have been listening to that artist's music for years.

"… That high that gives you the pinnacle fandom that you get to experience -- not only just during the event, but also after it kind of lingers on with you, and it becomes part of some of the most memorable moments of your life -- I think that's what is so unique and inspiring about what AXS does."



**PREVIOUS**
Jim Kenyon named first president of Intersport's Partnerships and Experiential division

**NEXT**
Fan trust is capital: A secure fan is a repeat fan



**SPONSORED CONTENT**

## ADDITIONAL SECTIONS

- Awards & Honors
- Betting
- Colleges
- Data
- Events and Attractions
- Exec Transactions
- Facilities
- Finance
- Franchises
- International
- Labor and Agents
- Leagues and Governing Bodies
- Legal and Governance
- Marketing
- Media
- Olympics
- Opinion
- People and Pop Culture
- Sports and Society

## PODCASTS

**SBJ Morning Buzzcast: December 16, 2025**
December 16, 2025

00:00 / 11:14

## SBJ TV

**Mark Wilf: Leadership, Legacy, and International Ambition**
December 16, 2025

**New Voices Under 30: Isabel Lapus Takes Center Stage**
November 26, 2025

WATCH

**The NBA and Europe: Why the time is now**
November 21, 2025

WATCH

- Tech
- Women's Sports

## DAILY ISSUES
- December 16
- December 15
- December 12
- December 11
- December 10
- December 09
- December 08
- December 05
- December 04
- December 03

## WEEKLY ISSUES
- December 15
- December 08
- December 01
- November 24
- November 17
- November 10
- November 03
- October 27
- October 20
- October 13
- Digital Edition

## NEWSLETTERS
- View All
- Betting
- College
- Facilities
- Football
- Gaming
- Marketing
- Media
- Power Up
- Tech
- Unpacks
- Women's Sports

### EDITIONS
- Morning Buzz
- Closing Bell
- Weekend Rap

## PODCASTS/VIDEO
- All Podcasts
- Morning Buzzcast
- SBJTV
- SBJ Sports Media Podcast
- SBJ On Stage
- SBJLive

### ALL TOPICS
- Awards & Honors
- Betting
- Colleges
- Data
- Events and Attractions
- Exec Transactions
- Facilities
- Finance
- Franchises
- Gaming
- International
- Labor and Agents
- Leagues and Governing Bodies
- Legal and Governance
- Marketing
- Media
- Olympics
- Opinion
- People and Pop Culture
- Sports and Society
- Tech
- Women's Sports

## SPONSORED CONTENT
- All Sponsored Content

## EVENTS
- Event Calendar
- SBJ National Sports Forum
- Leaders Meet: Innovation
- The Business of Soccer
- CAA World Congress of Sports
- 2026 Sports Business Awards: Tech
- 2026 Tech Week
- Sports Business Awards
- Brand Innovation Summit
- Thought Leaders
- Thought Leaders: Tech
- Forty Under 40

## PROPERTIES
- On Campus
- Leaders Club
- Leaders in Sport
- Newzoo

## COMPANY
- About Us
- Staff
- FAQ
- Contact Us
- Advertise
- Editorial Calendar
- Celebrate
- Subscribe
- iOS Mobile App

© 2025 Leaders Group. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Leaders Group.

Privacy Policy | User Agreement | Cookie Settings | Ad Choices | DSAR Form