# **EXHIBIT E**









