HOGAN LOVELLS US LLP
Michael L. Turrill (Bar No. 185263)
Sun Y. Moon (Bar No. 353630)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
michael.turrill@hoganlovells.com
rachel.moon@hoganlovells.com

HOGAN LOVELLS US LLP
Anna Kurian Shaw *(Pro Hac Vice)*
Brendan C. Quinn *(Pro Hac Vice)*
Hadley Dreibelbis *(Pro Hac Vice)*
555 13th Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
anna.shaw@hoganlovells.com
brendan.quinn@hoganlovells.com
hadley.dreibelbis@hoganlovells.com

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>SECUREMYPASS.COM,<br><br>Defendant. | Case No. 2:26-cv-00361-SPG-PVC<br><br>**PLAINTIFF AXS GROUP LLC'S REQUEST TO APPEAR REMOTELY FOR MARCH 11, 2026 HEARING**<br><br>Filed concurrently with Declaration of Hadley Dreibelbis and [Proposed] Order<br><br>Date: March 11, 2026<br>Time: 1:30 p.m.<br>Place: 5C<br><br>Assigned to Hon. Judge Sherilyn Peace Garnett |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

PLAINTIFF'S REQUEST TO APPEAR REMOTELY FOR HEARING
Case No. 2:26-cv-00361-SPG-PVC

1    Counsel for Plaintiff AXS Group LLC ("**AXS**") hereby requests permission to appear remotely via Zoom at the hearing related to Plaintiff's Motion to Serve Defendant Securemypass.com by Alternative Means (Dkt. 19) (the "**Motion**"), which is currently scheduled for Wednesday, March 11, 2026 at 1:30 p.m.

AXS filed its Motion on February 6, 2026. Dkt. 19. Defendant Securemypass.com ("**SMP**") did not file a response or opposition to the Motion and has not appeared in this matter. Declaration of Hadley Dreibelbis ("**Dreibelbis Decl.**") ¶¶ 4-5.

AXS's counsel contacted SMP on Friday, February 27, 2026, requesting a meet-and-confer to discuss this request. *Id.* ¶ 6. As of the time of this filing, SMP has not responded to AXS's request to meet-and-confer, nor has it responded to AXS's prior request to meet-and-confer in connection with the Motion. *Id.* Consequently, AXS was unable to obtain SMP's position on this request prior to its filing.

Good cause exists for this request. AXS's lead counsel, Anna Kurian Shaw, and senior associate Hadley Dreibelbis, are both located in Washington, D.C. *Id.* ¶¶ 7, 9. Travel to the Court would be expensive, including flights and accommodations, and time-consuming. AXS's local counsel, Michael Turrill, will otherwise be located in Dallas, Texas, on March 11, 2026, for business travel. *Id.* ¶ 8. Additionally, if SMP chooses to attend the hearing, a remote hearing would reduce the burden on SMP to attend, particularly considering that AXS and the Court do not know where SMP may be located.

Accordingly, AXS's counsel respectfully requests to appear by Zoom for the March 11, 2026 hearing.

//
//
//
//

1  Respectfully submitted this 2nd day of March 2026.

**HOGAN LOVELLS US LLP**

*/s/ Anna Kurian Shaw*
Michael L. Turrill
Sun Y. Moon

Anna Kurian Shaw *(Pro Hac Vice)*
Brendan C. Quinn *(Pro Hac Vice)*
Hadley Dreibelbis *(Pro Hac Vice)*

*Attorneys for Plaintiff AXS Group LLC*