HOGAN LOVELLS US LLP
Michael L. Turrill (Bar No. 185263)
Sun Y. Moon (Bar No. 353630)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
michael.turrill@hoganlovells.com
rachel.moon@hoganlovells.com

HOGAN LOVELLS US LLP
Anna Kurian Shaw *(Pro Hac Vice)*
Brendan C. Quinn *(Pro Hac Vice)*
Hadley Dreibelbis *(Pro Hac Vice)*
555 13th Street, NW
Washington, D.C. 20004
Telephone:   (202) 637-5600
Facsimile:    (202) 637-5910
anna.shaw@hoganlovells.com
brendan.quinn@hoganlovells.com
hadley.dreibelbis@hoganlovells.com

*Attorneys for Plaintiff AXS Group LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>SECUREMYPASS.COM,<br><br>Defendant. | Case No. 2:26-cv-00361-SPG-PVC<br><br>**DECLARATION OF HADLEY DREIBELBIS IN SUPPORT OF AXS GROUP LLC'S REQUEST TO APPEAR REMOTELY FOR MARCH 11, 2026 HEARING**<br><br>Date: March 11, 2026<br>Time: 1:30 p.m.<br>Place: 5C<br><br>Assigned to Hon. Judge Sherilyn Peace Garnett |

Hogan Lovells US
LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF HADLEY DREIBELBIS
Case No. 2:26-cv-00361-SPG-PVC

I, Hadley Dreibelbis, declare as follows:

1.    I am over the age of majority, and I am competent to testify to the statements made herein.

2.    I am an attorney at the law firm Hogan Lovells US LLP, counsel for Plaintiff AXS Group LLC ("**AXS**"), in the above-captioned matter. I make this Declaration in support of the Request to Appear Remotely for March 11, 2026 Hearing filed by AXS. I do so based on personal knowledge of the matters stated herein and my personal review of the referenced documents.

3.    AXS filed a Motion to Serve Defendant Securemypass.com by Alternative Means (the "**Motion**") on February 6, 2026. The hearing for the Motion is scheduled for March 11, 2026 at 1:30 p.m. in Courtroom 5C.

4.    Defendant Securemypass.com ("**SMP**") has not filed an opposition or response to AXS's Motion.

5.    SMP has not appeared in this matter. I am unaware of any counsel representing SMP.

6.    On February 27, 2026, I emailed SMP at support@securemypass.com, requesting its availability for a meet-and-confer by March 2, 2026. I did not receive a response to this request prior to the time of filing.

7.    Lead counsel for this case, Anna Kurian Shaw, resides in McLean, Virginia, and will be in Washington, D.C. on March 11, 2026.

8.    Local counsel for this case, Michael L. Turrill, will be in Dallas, Texas, on March 11, 2026, for business travel.

9.    I reside in Washington, D.C., and will be in Washington, D.C. on March 11, 2026.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF HADLEY DREIBELBIS
Case No. 2:26-cv-00361-SPG-PVC

1    I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3

4    Executed this 2nd day of March 2026 in Washington, D.C.

5

6

7    _____

8    Hadley Dreibelbis

9    *Attorney for Plaintiff AXS Group LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
LOS ANGELES

3

DECLARATION OF HADLEY DREIBELBIS
Case No. 2:26-cv-00361-SPG-PVC