**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AXS GROUP LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SECUREMYPASS.COM,<br><br>        Defendant. | Case No. 2:26-cv-00361-SPG-PVC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AXS GROUP LLC'S REQUEST TO APPEAR REMOTELY FOR MARCH 11, 2026 HEARING**<br><br>Hon. Judge Sherilyn Peace Garnett |

    On March 2, 2026, Plaintiff AXS Group LLC filed a Request to Appear Remotely via Zoom at the hearing related to Plaintiff's Motion to Serve Defendant Securemypass.com by Alternative Means (Dkt. 19), which is currently scheduled for Wednesday, March 11, 2026 at 1:30 p.m.

    The Court, having considered Plaintiff's Request and finding good cause therefore, hereby GRANTS the Request and ORDERS as follows:

    Plaintiff's counsel may appear at the March 11, 2026 hearing at 1:30 p.m. remotely via Zoom.

**IT IS SO ORDERED.**

Dated: _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE