HOGAN LOVELLS US LLP
Michael L. Turrill (Bar No. 185263)
Sun Y. Moon (Bar No. 353630)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
michael.turrill@hoganlovells.com
rachel.moon@hoganlovells.com

HOGAN LOVELLS US LLP
Anna Kurian Shaw *(Pro Hac Vice)*
Brendan C. Quinn *(Pro Hac Vice)*
Hadley Dreibelbis *(Pro Hac Vice)*
555 13th Street, NW
Washington, D.C. 20004
Telephone:   (202) 637-5600
Facsimile:    (202) 637-5910
anna.shaw@hoganlovells.com
brendan.quinn@hoganlovells.com
hadley.dreibelbis@hoganlovells.com

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>            Plaintiff,<br><br>v.<br><br>SECUREMYPASS.COM,<br><br>            Defendant. | Case No. 2:26-cv-00361-SPG-PVC<br><br>**PLAINTIFF AXS GROUP LLC'S NOTICE OF MOTION AND MOTION TO EXTEND DEADLINE TO SERVE DEFENDANT SECUREMYPASS.COM**<br><br>Assigned to Hon. Judge Sherilyn Peace Garnett |

MOTION TO EXTEND DEADLINE TO SERVE DEFENDANT
Case No. 2:26-cv-00361-SPG-PVC

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that Plaintiff AXS Group LLC ("**AXS**"), by and through counsel, respectfully moves this Court for an extension of the deadline to serve Defendant Securemypass.com ("**SMP**") (the "**Motion**"). As grounds for the Motion, AXS states the following:

1. Pursuant to Federal Rule of Civil Procedure 4(m), the deadline for AXS to serve SMP is currently April 13, 2026.

2. AXS filed its Complaint against SMP on January 13, 2026 (Dkt. 1), and the Court issued summons as to SMP on January 23, 2026 (Dkt. 14).

3. AXS initially attempted service at a physical address identified by SMP in a marketing email to customers, but service was unable to be effectuated because the address corresponds to a vacant lot. Dkt. 19 at 2.

4. Simultaneously, and in response to the filing of the Complaint, on January 15, 2026, SMP issued a post on the "News & Updates" section of its website discussing the Complaint and publicly stated that "AXS is free to pursue litigation, but if they wish to contact us directly, we remain reachable at support@securemypass.com." *Id.* at 3-4. AXS provided courtesy copies of the Complaint and summons to SMP via this email address. *Id.* at 4. SMP has since communicated with AXS several times through that email address regarding this action since the Complaint was filed. *Id.* at 5.

5. Despite this, SMP has refused to accept electronic service via the email address support@securemypass.com, and otherwise refused to provide any physical address at which it can be served. *See id.* at 3-5.

6. Consequently, on February 6, 2026, AXS filed a Motion to Serve Defendant Securemypass.com by Alternative Means ("**Alternative Service Motion**") (Dkt. 19).

7. Because the Alternative Service Motion remains pending before the Court, and SMP has otherwise continued to refuse to provide any address by which

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

MOTION TO EXTEND DEADLINE TO SERVE DEFENDANT
Case No. 2:26-cv-00361-SPG-PVC

it can be served, good cause exists for extending the deadline for AXS to serve SMP.

8.   Based on this, counsel seeks a thirty (30) day extension of time to serve SMP, to May 13, 2026, so that the Court may have additional time to rule on AXS' Alternative Service Motion.

9.   The Court has not granted any previous extensions of the service deadline.

10.   SMP has not provided its position on AXS's Motion.

11.   **Local Rule 7-3 Certification:** Pursuant to C.D. Cal. Local Rule 7-3, AXS certifies that on April 6, 2026, it requested to meet and confer with SMP regarding this Motion in a good faith effort to resolve the issues raised by this Motion. Although SMP has still not made an appearance, and continues to refuse to provide a physical, mailing, or electronic mailing address where SMP may be served, AXS contacted SMP via the email address support@securemypass.com, where the parties had previously corresponded regarding the pending litigation.  However, SMP did not respond to AXS's request to meet and confer prior to filing.  AXS was therefore compelled to file this Motion without having engaged in a prefiling conference.

For the foregoing reasons, AXS respectfully requests that the Court grant the motion and enter an order extending the deadline to serve SMP until May 13, 2026, so that the Court may have additional time to rule on AXS' Alternative Service Motion.

Respectfully submitted this 6th day of April 2026.

**HOGAN LOVELLS US LLP**

*/s/ Michael L. Turrill*
Michael L. Turrill
Sun Y. Moon

MOTION TO EXTEND DEADLINE TO SERVE DEFENDANT
Case No. 2:26-cv-00361-SPG-PVC

Anna Kurian Shaw *(Pro Hac Vice)*
Brendan C. Quinn *(Pro Hac Vice)*
Hadley Dreibelbis *(Pro Hac Vice)*
hadley.dreibelbis@hoganlovells.com

*Attorneys for Plaintiff AXS Group LLC*

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

4