**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AXS GROUP LLC, | Case No. 2:26-cv-00361-SPG-PVC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF AXS GROUP LLC'S MOTION TO EXTEND DEADLINE TO SERVE DEFENDANT SECUREMYPASS.COM** |
| SECUREMYPASS.COM, | |
| Defendant. | |
| | Hon. Judge Sherilyn Peace Garnett |

On April 6, 2026, Plaintiff AXS Group LLC filed a Motion to Extend Deadline to Serve Defendant Securemypass.com, requesting an additional thirty (30) days so that the Court may have additional time to rule on AXS' Motion to Serve Defendant Securemypass.com by Alternative Means.

The Court, having considered Plaintiff's Motion and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

Plaintiff's deadline to serve Defendant is extended an additional thirty (30) days to May 13, 2026.

1

**IT IS SO ORDERED.**

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE
