HOGAN LOVELLS US LLP
Michael L. Turrill (Bar No. 185263)
Sun Y. Moon (Bar No. 353630)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
michael.turrill@hoganlovells.com
rachel.moon@hoganlovells.com

HOGAN LOVELLS US LLP
Anna Kurian Shaw *(Pro Hac Vice)*
Brendan C. Quinn *(Pro Hac Vice)*
Hadley Dreibelbis *(Pro Hac Vice)*
555 13th Street, NW
Washington, D.C. 20004
Telephone:   (202) 637-5600
Facsimile:    (202) 637-5910
anna.shaw@hoganlovells.com
brendan.quinn@hoganlovells.com
hadley.dreibelbis@hoganlovells.com

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>SECUREMYPASS.COM,<br><br>                    Defendant. | Case No. 2:26-cv-00361-SPG-PVC<br><br>**PLAINTIFF AXS GROUP LLC'S NOTICE OF WITHDRAWAL OF MOTION TO EXTEND DEADLINE TO SERVE DEFENDANT SECUREMYPASS.COM AS MOOT**<br><br>Assigned to Hon. Judge Sherilyn Peace Garnett |

NOTICE OF WITHDRAWAL OF MOTION TO EXTEND DEADLINE TO SERVE DEFENDANT; Case No. 2:26-cv-00361-SPG-PVC

**TO THE CLERK OF COURT:**

**PLEASE TAKE NOTICE** that Plaintiff AXS Group LLC ("**AXS**"), by and through counsel, respectfully withdraws its motion for an extension of the deadline to serve Defendant Securemypass.com ("**SMP**") filed on April 6, 2026 (Dkt. No. 25) as moot.  AXS served its Complaint, Summons, and all pleadings filed to date on SMP on April 13, 2026, pursuant to the Court's April 9, 2026 Order Granting Motion for Substitute Service (Dkt. No. 26).

Respectfully submitted this 14th day of April 2026.

**HOGAN LOVELLS US LLP**

*/s/ Michael L. Turrill*
Michael L. Turrill
Sun Y. Moon

Anna Kurian Shaw *(Pro Hac Vice)*
Brendan C. Quinn *(Pro Hac Vice)*
Hadley Dreibelbis *(Pro Hac Vice)*

*Attorneys for Plaintiff AXS Group LLC*

NOTICE OF WITHDRAWAL OF MOTION TO EXTEND DEADLINE TO SERVE DEFENDANT; Case No. 2:26-cv-00361-SPG-PVC