AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-00361-SPG-PVC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   SecureMyPass.com

was received by me on *(date)*          01/23/2026               .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  I served the Complaint, Summons, and all filings made in the case to date on
SecureMyPass.com on April 13, 2026, via email to support@securemypass.com, per the
Court's Order Granting Motion for Subsitute Service (Dkt No. 26); Cal. Civ. Code Section
413.30; Fed. R. Civ. P. 4(h)(1)(A).

My fees are $     0.00      for travel and $     0.00      for services, for a total of $     0.00      .

I declare under penalty of perjury that this information is true.

Date:     04/21/2026                          _____
                                                                    *Server's signature*

                                                        Hadley Dreibelbis, Senior Associate
                                                        _____
                                                                    *Printed name and title*

                                                        Hogan Lovells US LLP
                                                        555 13th St NW
                                                        Washington, DC 20004
                                                        _____
                                                                    *Server's address*

Additional information regarding attempted service, etc: