HOGAN LOVELLS US LLP
Michael L. Turrill (Bar No. 185263)
Sun Y. Moon (Bar No. 353630)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
michael.turrill@hoganlovells.com
rachel.moon@hoganlovells.com

HOGAN LOVELLS US LLP
Anna Kurian Shaw (*Pro Hac Vice*)
Brendan C. Quinn (*Pro Hac Vice*)
Hadley Dreibelbis (*Pro Hac Vice*)
555 13th Street, NW
Washington, D.C. 20004
Telephone:   (202) 637-5600
Facsimile:    (202) 637-5910
anna.shaw@hoganlovells.com
brendan.quinn@hoganlovells.com
hadley.dreibelbis@hoganlovells.com

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>SECUREMYPASS.COM,<br><br>Defendant. | Case No. 2:26-cv-00361-SPG-PVC<br><br>**AXS GROUP LLC'S AFFIDAVIT OF SERVICE BY HADLEY DREIBELBIS**<br><br>Hon. Judge Sherilyn Peace Garnett |

I, Hadley Dreibelbis, affirm as follows:

1.    I am over the age of majority, and I am competent to testify to the statements made herein.

2.    I am an attorney at the law firm Hogan Lovells US LLP, counsel for Plaintiff AXS Group LLC ("**AXS**"), in the above-captioned matter.  I make this Affidavit in support of the proof of service on Defendant SecureMyPass.com ("**SMP**").  I do so based on personal knowledge of the matters stated herein.

3.    On **April 13, 2026,** at approximately **3:00 PM Pacific Time**, I personally served Defendant through the e-mail address **support@securemypass.com**, pursuant to the Court's Order Granting Motion for Substitute Service. Dkt. No. 26.

4.    Service was effected at **support@securemypass.com**.

5.    I served true and accurate copies of the following documents:
- **Complaint.**
- **Civil Cover Sheet.**
- **Plaintiff AXS Group LLC's Notice of Interested Parties and Corporate Disclosure Statement.**
- **Notice of Lodging.**
- **Request for Summons.**
- *Pro Hac Vice* **Applications for Anna Kurian Shaw, Brendan C. Quinn, and Hadley Dreibelbis.**
- **Notice of Assignment to District Judge Sherilyn Peace Garnett and Magistrate Judge Pedro V. Castillo.**
- **Notice of Parties of Court-Directed ADR Program.**
- **Notice to Counsel Re Consent to Proceed Before a Magistrate Judge.**
- **Summons in a Civil Action.**
- **Orders Granting** *Pro Hac Vice* **Applications for Anna Kurian Shaw, Brendan C. Quinn, and Hadley Dreibelbis.**
- **Report on the Filing or Determination of an Action Regarding a Patent or Trademark.**
- **Plaintiff AXS Group LLC's Notice of Motion and Motion to Serve Defendant SecureMyPass.com by Alternative Means.**
- **Plaintiff AXS Group LLC's Application for Leave to File Under**

AXS GROUP LLC'S AFFIDAVIT OF SERVICE BY HADLEY DREIBELBIS

Seal.
- **Plaintiff AXS Group LLC's Request to Appear Remotely via Zoom.**
- **Plaintiff AXS Group LLC's Notice of Motion and Motion to Extend Deadline to Serve Defendant SecureMyPass.com.**
- **Order Granting Motion for Substitute Service [ECF No. 19].**
- **Order Granting Sealing Application [ECF No. 20].**

6.      Service was completed by personally e-mailing the Summons in a Civil Action, Complaint, and Notice to Counsel Re Consent to Proceed Before a Magistrate Judge to support@securemypass.com. Additionally, I uploaded all filings made in this case as of the date of service, **April 13, 2026**, to a secure file transfer (SFT) site, which I shared with Defendant via the email address support@securemypass.com.

7.      On **April 13, 2026**, at **4:43 PM Pacific Time**, I received an automated email notification from the SFT site that "Robert Edwin (support@securemypass.com)" downloaded the filings from the SFT site. Attached hereto as **Exhibit A** is a true and accurate copy of this email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of April 2026 in Washington, D.C.

*Hadley Dreibelbis*

Hadley Dreibelbis

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

AXS GROUP LLC'S AFFIDAVIT OF SERVICE BY HADLEY DREIBELBIS