# Exhibit A

**Dreibelbis, Hadley**

---

| | |
|---|---|
| **From:** | Box <noreply@box.com> |
| **Sent:** | Monday, April 13, 2026 7:43 PM |
| **To:** | Dreibelbis, Hadley |
| **Subject:** | Robert Edwin downloaded multiple items from hadley.dreibelbis@hoganlovells.com Workspace |

**[EXTERNAL]**

          

# Files were downloaded from AXS Group LLC v. SecureMyPass.com, No. 2:26-cv-00361-SPG-PVC

**Robert Edwin (support@securemypass.com) downloaded:**

All Files / hadley.dreibelbis@hoganlovells.com Workspace / AXS Group LLC v. SecureMyPass.com, No. 2:26-cv-00361-SPG-PVC

**C.D. Cal. 26-cv-00361 dckt 000019_000 filed 2026-02-06.pdf**

**C.D. Cal. 26-cv-00361 dckt 000021_001 filed 2026-02-06.pdf**

**C.D. Cal. 26-cv-00361 dckt 000019_005 filed 2026-02-06.pdf**

**C.D. Cal. 26-cv-00361 dckt 000011_000 filed 2026-01-23.pdf**

**C.D. Cal. 26-cv-00361 dckt 000019_002 filed 2026-02-06.pdf**

**C.D. Cal. 26-cv-00361 dckt 000022_-01 filed 2026-02-10.pdf**

**C.D. Cal. 26-cv-00361 dckt 000023_000 filed 2026-03-02.pdf**

**C.D. Cal. 26-cv-00361 dckt 000017_-01 filed 2026-01-26.pdf**

**C.D. Cal. 26-cv-00361 dckt 000012_000 filed 2026-01-23.pdf**

**C.D. Cal. 26-cv-00361 dckt 000019_004 filed 2026-02-06.pdf**

10 additional files are available.

View all

© 2026 · 900 Jefferson Avenue, Redwood City, CA 94063, USA
About Box · Edit Notification Settings · Privacy Policy