HOGAN LOVELLS CADWALADER US LLP
Michael L. Turrill (Bar No. 185263)
Sun Y. Moon (Bar No. 353630)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
michael.turrill@hlc.com
rachel.moon@hlc.com

HOGAN LOVELLS CADWALADER US LLP
Anna Kurian Shaw *(Pro Hac Vice)*
Brendan C. Quinn *(Pro Hac Vice)*
Hadley Dreibelbis *(Pro Hac Vice)*
555 13th Street, NW
Washington, D.C. 20004
Telephone:   (202) 637-5600
Facsimile:    (202) 637-5910
anna.shaw@hlc.com
brendan.quinn@hlc.com
hadley.dreibelbis@hlc.com

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SECUREMYPASS.COM,<br><br>        Defendant. | Case No. 2:26-cv-00361-SPG-PVC<br><br>**NOTICE OF LAW FIRM NAME CHANGE AND UPDATED CONTACT INFORMATION FOR PLAINTIFF AXS GROUP LLC**<br><br>Assigned to Hon. Judge Sherilyn Peace Garnett |

HOGAN LOVELLS
CADWALADER
US LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF LAW FIRM NAME CHANGE AND UPDATED CONTACT INFORMATION – CASE NO. 2:26-cv-00361-SPG-PVC

**PLEASE TAKE NOTICE** of a law firm name change and updated contact information for the following counsel for Plaintiff AXS Group LLC:

HOGAN LOVELLS CADWALADER US LLP
Michael L. Turrill (Bar No. 185263)
Sun Y. Moon (Bar No. 353630)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone:  (310) 785-4600
Facsimile:   (310) 785-4601
michael.turrill@hlc.com
rachel.moon@hlc.com

HOGAN LOVELLS CADWALADER US LLP
Anna Kurian Shaw *(Pro Hac Vice)*
Brendan C. Quinn *(Pro Hac Vice)*
Hadley Dreibelbis *(Pro Hac Vice)*
555 13th Street, NW
Washington, D.C. 20004
Telephone:  (202) 637-5600
Facsimile:   (202) 637-5910
anna.shaw@hlc.com
brendan.quinn@hlc.com
hadley.dreibelbis@hlc.com

Dated: July 1, 2026

**HOGAN LOVELLS CADWALADER US LLP**

*/s/ Michael L. Turrill*

Michael L. Turrill
Sun Y. Moon
Anna Kurian Shaw *(Pro Hac Vice)*
Brendan Quinn *(Pro Hac Vice)*
Hadley Dreibelbis *(Pro Hac Vice)*

*Attorneys for Plaintiff AXS Group LLC*

HOGAN LOVELLS
CADWALADER
US LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF LAW FIRM NAME CHANGE AND UPDATED CONTACT INFORMATION – CASE NO. 2:26-cv-00361-SPG-PVC