# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC, | Case No. 2:26-cv-00361-SPG-PVC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF AXS GROUP LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT SECUREMYPASS.COM** |
| SECUREMYPASS.COM, | |
| Defendant. | |
| | **Assigned to Hon. Judge Sherilyn Peace Garnett** |

## [PROPOSED] ORDER

On July 2, 2026, Plaintiff AXS Group LLC ("Plaintiff" or "AXS") filed its Notice of Motion and Motion for Entry of Default Judgment Against Defendant Securemypass.com (the "Motion").

Having been properly served, Defendant Securemypass.com ("Defendant" or "SMP") failed to make an appearance or file a responsive pleading to AXS's Complaint. Default was entered against SMP on May 18, 2026. Dkt. No. 34. By its Motion, AXS now seeks entry of default judgment against SMP based on its infringement and counterfeiting of AXS's trademarks and related state law causes of action, and its breach of contract with AXS.

The Court, having considered AXS's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

A. Defendant SMP and its employees, agents, partners, officers, directors, owners, shareholders, principals, subsidiaries, related companies, affiliates, distributors, dealers, vendors, successors, assigns, and all persons in active concert or participation with any of them are permanently enjoined from:

    i. Using and displaying the AXS Marks, in any form, including but not limited to in connection with any other wording or designs, and from using any other marks, logos, designs, designations, or indicators that are confusingly similar to the AXS Marks, in any unauthorized manner including, but not limited to, use on or in connection with any products in any online or offline context, including without limitation the Counterfeit Products; the SMP Website and any other online venue for the Counterfeit Products; any other websites or online platforms including social media and mobile applications; promotional and advertising materials; and as part of any trademarks, business names, domain names, e-mail addresses, URLs, metatags, screen names, social media names, keywords such as

advertising keywords, or any other identifiers;

ii.     Representing by any means whatsoever, directly or indirectly, that SMP or any products or services offered by SMP, including without limitation the Counterfeit Products, or any activities undertaken by SMP, emanate from AXS, or are authorized, licensed, or otherwise affiliated with or sponsored or endorsed by AXS; and

iii.    Assisting, aiding, abetting, encouraging, or inducing any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs A.i-ii above.

B.     Defendant SMP is ordered to disable any website or domain name associated with any website owned, operated or managed by SMP wherein SMP operates any part of a business associated with generating links to the Counterfeit Products or any products that use or display the AXS Marks, in any form, including but not limited to in connection with any other wording or designs, or any marks, logos, designs, designations, or indicators that are confusingly similar to the AXS Marks;

C.     Defendant SMP is ordered to destroy all products and items in SMP's possession or under its control that bear the AXS Marks and/or any other marks, logos, designs, designations, or indicators that are confusingly similar to the AXS Marks, including without limitation any Counterfeit Products, and to confirm such destruction in writing to AXS, and to provide to AXS the identity and complete contact information for all persons and entities that assisted or enabled SMP to make, advertise, promote, sell, distribute, and transport the Counterfeit Products;

D.     Defendant SMP is liable to Plaintiff AXS for the amount of $2,000,000 as authorized by 15 U.S.C. § 1117(c).

E.     Defendant SMP is liable to Plaintiff AXS for the amount of $293,676.32 as compensation for AXS's legal fees and costs, which shall be paid within 30 days

2

from the date of this Order; and

      F.    Jurisdiction of this case shall be retained by this Court for the purpose of enforcement of this Judgment.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JUDGE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

3