# EXHIBIT A

**Dreibelbis, Hadley**

| | |
|---|---|
| **From:** | Securemypass Support <support@securemypass.com> |
| **Sent:** | Tuesday, April 28, 2026 9:57 PM |
| **To:** | Dreibelbis, Hadley |
| **Cc:** | AXSTrademarks |
| **Subject:** | Re: AXS Group LLC v. SecureMyPass.com, No. 2:26-cv-00361-SPG-PVC | Filings for Service |

**[EXTERNAL]**
Dear Hadley,

Thank you for your response.

SecureMyPass remains interested in exploring an amicable resolution. However, disclosure of personal identities, addresses, ownership information, or similar details is not something we are prepared to provide as a precondition to settlement discussions.

We are not prepared to engage on substantive issues outside of a settlement framework. All discussions regarding resolution must occur through this channel.

If AXS wishes to resolve this matter, you may provide the settlement terms or framework you propose, and we will review it in good faith.

If AXS chooses to pursue default or obtains a default judgment before a negotiated resolution is reached, settlement discussions will not continue thereafter.

We will await your response.

Best regards,
SecureMyPass Support

On Tue, Apr 28, 2026 at 8:47 PM Dreibelbis, Hadley <hadley.dreibelbis@hoganlovells.com> wrote:

*SUBJECT TO FRE 408 – FOR SETTLEMENT PURPOSES*

Dear SecureMyPass,

We write in response to your January 19, 2026 correspondence. While AXS remains open to an amicable resolution of this matter, unless AXS knows the identity of the person(s) with whom it is negotiating, and has confirmation that such individual(s) are authorized to negotiate on behalf of SecureMyPass or the entities behind SecureMyPass, it is impossible for the parties to have good faith discussions.

1

If SecureMyPass is interested in pursuing these discussions, please first provide the following information:

- The names, titles, roles and address(es) of the individuals and/or entities who own, manage, and/or control SecureMyPass.
- The name(s) and contact information, including address, of the individual who is communicating on behalf of SecureMyPass.

AXS otherwise reserves its rights and remedies, and nothing herein should be construed as a waiver of such rights.

Best regards,

**Hadley Dreibelbis**
*Senior Associate*

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel:      +1 202 637 5600
Fax:      +1 202 637 5910

Direct:   +1 202 637 3565

hadley.dreibelbis@hoganlovells.com

**hoganlovells.com     LinkedIn**

---

**From:** Securemypass Support <support@securemypass.com>
**Sent:** Monday, April 13, 2026 7:29 PM
**To:** Dreibelbis, Hadley <hadley.dreibelbis@hoganlovells.com>
**Cc:** AXSTrademarks <AXSTrademarks@hoganlovells.com>
**Subject:** Re: AXS Group LLC v. SecureMyPass.com, No. 2:26-cv-00361-SPG-PVC | Filings for Service

**[EXTERNAL]**

Dear Ms. Dreibelbis,

Thank you for your message and for providing the Court's order and related documents.

Before we review and respond further to the filings, we wanted to ask whether your client has had any opportunity to consider the proposal and outreach we sent on January 19th, 2026. To date, we have not received any response or acknowledgment of that correspondence.

If it would be helpful, we are still open to discussing a resolution at this stage and would appreciate understanding whether AXS Group is willing to engage on that prior communication before the matter proceeds further.

Please let us know,

SMP


On Mon, Apr 13, 2026 at 5:02 PM Dreibelbis, Hadley <hadley.dreibelbis@hoganlovells.com> wrote:


Dear SecureMyPass,


On April 10, 2026, the Court issued an Order granting AXS Group LLC's Motion to Serve Defendant SecureMyPass.com by Alternative Means and ordering that AXS may serve the Complaint, Summons, and all future pleadings on SecureMyPass.com through email to support@securemypass.com.  The Court's order is attached to this email, along with the Complaint, Summons, and Notice to Counsel Re Consent to Proceed before a United States Magistrate Judge. At the link below, please find for service all filings made to date in the case captioned *AXS Group LLC v. SecureMyPass.com*, No. 2:26-cv-00361-SPG-PVC (C.D. Cal).


https://hoganlovells.box.com/s/4ltfq6xqjwujinb3odm4zr9elq853zm4


We have provided access to Hogan Lovells' SFT site to support@securemypass.com where these documents may be reviewed and downloaded. Please let us know if there are any additional persons who should be granted access to this SFT site, or if you have any issues with accessing the documents.


Best regards,

**Hadley Dreibelbis**
*Senior Associate*

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel:      +1 202 637 5600
Fax:     +1 202 637 5910

Direct:   +1 202 637 3565

hadley.dreibelbis@hoganlovells.com

**hoganlovells.com     LinkedIn**

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.

4