# EXHIBIT B

https://www.billboard.com/pro/axs-partners-indie-venues-troubadour-first-avenue/

June 8, 2026

**TOURING**   6/3/2026

# AXS EXPANDS INDIE VENUE SUPPORT VIA PARTNERSHIPS WITH THE TROUBADOUR, FIRST AVE, MARATHON LIVE

The new and renewed partnerships reinforce AXS' relationship independent venues nationwide.

By **Ariel King** ⌄



COURTESY

AXS has announced a series of new and renewed partnerships, including with the Troubadour in Los Angeles; First Avenue in Minneapolis; and Marathon Live's portfolio, including its venues in Nashville, Chattanooga, Tenn., Little Rock, Ark., Jacksonville, Fla., Kansas City, Mo., and St Louis.

**RELATED**

![Market, Ticket Tussle]

### Ticket Tussle: Meet the Players Battling for a Piece of the Ticketing Industry

DAVE BROOKS

"Independent venues are essential to the live music ecosystem," **Dean DeWulf**, head of North American Venues at AXS, said in a statement. "They're where artists build careers, fans discover new music and communities come together. These operators know their rooms and their audiences better than anyone, and we're proud to give them the platform, technology and tools they need to keep doing what they do best."

AXS, which is owned by AEG, also serves as the official ticketing platform for Coachella, Red Rocks Amphitheatre, The O2 Arena and Stagecoach.

"The Troubadour has always been about the connection between artists and fans," **Christine Karayan**, owner and general manager of the storied West Hollywood venue, said in a statement. "As we look ahead, working with AXS allows us to preserve what makes this venue special — its history, its independence and the intimate live experiences fans and artists expect from the Troubadour."

**Mark Dinerstein**, CEO of Marathon Live, added, "As Marathon Live continues to grow across multiple markets, it's important that we have a ticketing partner who understands how independent venues operate. AXS gives our team the tools and support to move quickly, manage each room's unique needs and keep the focus where it belongs — on the artists and fans that we are proud to serve."

AXS' partnership with First Avenue dates back to 2021, when First Avenue president and CEO **Dayna Frank** signed an exclusive ticketing agreement for the company's six venues across Minneapolis and St. Paul, Minn.

"From your first show at 7th St Entry to a sold-out night at First Avenue, we've built these rooms around the fan experience," Frank said in a statement. "Partnering with AXS means our community gets a ticketing experience that's as committed to independent music as we are."



billboard **PRO**   Daily newsletters straight to your inbox   **Sign Up**

**READ MORE ABOUT**   AXS   FIRST AVENUE   MUSIC NEWS   TICKETING

**Leave a Comment**

Leave your comment here

Your email address will not be published. Required fields are marked *

**Name** *

**Email** *

**Website**

**Post Comment** →

■ **MORE FROM PRO**



BUSINESS NEWS                                    3 DAYS AGO

### In Canada: bbno$ Found Sanctuary Online. Now, He Wants to Pay It Forward to Others

RICHARD TRAPUNSKI , PEONY HIRWANI

MANAGEMENT                                       3 DAYS AGO



**Florida Georgia Line Signs With The Core Entertainment Following CMA Fest Reunion**

MELINDA NEWMAN



LEGAL NEWS     3 DAYS AGO

**Musicians Union Sues UMG, WMG Over AI Settlements: 'Refused to Provide Compensation'**

RACHEL SCHARF



RECORD LABELS     3 DAYS AGO

**How Stella Lefty Broke Into the Hot 100's Top 20 With 'Boston' & Set a Country Albums Mark**

DAN RYS



BUSINESS NEWS     3 DAYS AGO

**Billboard's Music Industry Events Calendar**

CHRIS EGGERTSEN

SEE ALL NEWS →

## MOST POPULAR

1. *The Hollywood Reporter*
   **Inside the UFC's $60 Million Made-for-TV White House Gambit**

2. *she*knows
   **Mila Kunis' Swimsuit Video Shows Secret Friend Group That Consists of Two...**

3. **ARTnews**
   **Art World Commentator Hilde Lynn Helphenstein, Better Known as Jerry...**

4. **Sportico**
   **Curry's Li-Ning Deal: Access to China Without Western Baggage**

## YOU MIGHT ALSO LIKE

Loading...



**FOLLOW US**    ● ● 

**THE DAILY**   A daily briefing on what matters in the music industry

Enter Your Email     **Sign Up**

By providing your information, you agree to our Terms of Use and our Privacy Policy. We use vendors that may also process your information to help provide our services. // This site is protected by reCAPTCHA Enterprise and the Google Privacy Policy and Terms of Service apply.

**HAVE A TIP?**

Send us a tip using our anonymous form.

**Send us a tip**

**SUBSCRIPTIONS**

**Customer Service**

### BILLBOARD

About Us
Accessibility
Advertise
Shop
Events
Careers
Contact Us

### LEGAL

Privacy Policy
Terms of Use
California Privacy Rights
Ad Choices
Reprints & Permissions
Privacy Preferences

### SITEMAP

Charts
Music
Culture
Media
Pro

Your Privacy Choices ☑✕

Billboard is a part of Penske Media Corporation. © 2026 Billboard Media, LLC. All Rights Reserved.
Powered by WordPress.com VIP

OUR SITES ⌄

Case 2:26-cv-00361-SPG-PVC    Document 36-4    Filed 07/02/26    Page 5 of 9   Page ID #:341

Your Privacy Choices ☑✕

https://www.ticketnews.com/2026/06/axs-backs-independent-venues-new-renewed-partnerships/

June 8, 2026



 

| Home | About ▾ | News Archives ▾ | Resources | Regulations and Legislation |

# AXS Backs Independent Venues With New, Renewed U.S. Partnerships

Home » AXS Backs Independent Venues With New, Renewed U.S. Partnerships

By Olivia Perreault    5 days ago



AXS is strengthening its position in the independent venue space with a new round of partnerships spanning some of the most recognizable clubs and mid-sized rooms in the U.S.

The ticketing and live event technology company announced new and renewed agreements with the legendary Troubadour in West Hollywood, the full Marathon Live venue portfolio, and Minneapolis independent venue operator First Avenue. The deals underscore AXS's push to serve independent operators ranging from single-room institutions to multi-market venue groups.

"Independent venues are essential to the live music ecosystem," said Dean DeWulf, Head of North American Venues at AXS. "They're where artists build careers, fans discover new music, and communities come together. These operators know their rooms and their audiences better than anyone, and we're proud to give them the platform, technology, and tools they need to keep doing what they do best."

The Troubadour, which opened in 1957, remains one of the most storied clubs in live music. The West Hollywood landmark has hosted career-defining performances from artists including Elton John, James Taylor, Billy Joel, Bruce Springsteen, Radiohead, Guns N' Roses, Willie Nelson and Justin Bieber.

"The Troubadour has always been about the connection between artists and fans," said Christine Karayan, Owner and GM of the Troubadour. "As we look ahead, working with AXS allows us to preserve what makes this venue special — its history, its independence, and the intimate live experiences fans and artists expect from the Troubadour."

AXS will also ticket Marathon Live's full portfolio, which includes Marathon Music Works in Nashville, The Signal and The Parlour in Chattanooga, The Hall in Little Rock, FIVE in Jacksonville, The Truman in Kansas City and The Hawthorn in St. Louis. The growing venue group operates 1,000- to 2,000-capacity rooms across key touring markets, serving national artists, private events, local communities and a wide range of genres.

"As Marathon Live continues to grow across multiple markets, it's important that we have a ticketing partner who understands how independent venues operate," said Mark Dinerstein, CEO of Marathon Live. "AXS gives our team the tools and support to move quickly, manage each room's unique needs, and keep the focus where it belongs — on the artists and fans that we are proud to serve."

## Newest Stories



**Luke Bryan Announces Crash My Playa 2027 Lineup Featuring Thomas Rhett, HARDY**
3 days ago

**NC Attorney General Presses Ticketmaster After Stanley Cup Queue Failures**
3 days ago

**MJ Lenderman Announces Exit From Zach Bryan Tour**
3 days ago

**Ontario Escalates Ticket Resale Crackdown as World Cup Pricing Exposes 'Face Value' Flaws**
3 days ago

**Seattle Sports Powerhouse One Roof Adds Melinda French Gates as Investor**
3 days ago

## TicketNews Bulletin



### Get TicketNews to Your Email Inbox!

Email *

[Your email here please]

First Name

Last Name

**SIGN UP NOW**

In Minneapolis, AXS has renewed its relationship with First Avenue, the influential independent operator led by Dayna Frank. First Avenue has long been a leading voice for independent venues, with Frank playing a key role in the Save Our Stages campaign that helped secure federal relief for venues and live entertainment businesses impacted by the pandemic.

"From your first show at 7th St Entry to a sold-out night at First Avenue, we've built these rooms around the fan experience, and around artists at every stage of their career," Frank said. "Partnering with AXS means our community gets a ticketing experience that's as committed to independent music as we are."

## Related Posts



### Seattle Sports Powerhouse One Roof Adds Melinda French Gates as Investor

One Roof Sports and Entertainment, the parent company of the Seattle Kraken and Climate Pledge Arena, has added philanthropist and...

**By Olivia Perreault**   3 days ago



### Luke Bryan Announces Crash My Playa 2027 Lineup Featuring Thomas Rhett, HARDY

Luke Bryan will return to Mexico next January for the 12th installment of his destination concert, Crash My Playa. Set...

**By Victoria Drum**   3 days ago

© 2026 TicketNews. All rights reserved.

Some TicketNews posts have affiliate links - it may receive a commission if you click a link and purchase tickets or other products.

https://www.digitalmusicnews.com/2026/06/03/axs-independent-venue-deals-2026/

June 8, 2026

## DIGITAL MUSIC NEWS

SUBSCRIBE    LOG IN

CATEGORIES +    DMN PRO    JOBS LISTINGS +    MUSIC TRENDS    DMN TV    ABOUT US +

TRENDING  →  AFM SUES UNIVERSAL MUSIC, WARNER MUSIC FOR FAILING 'TO SHARE I...

Home  >  Live Concert Industry

# AXS Strikes a Bevy of Independent Venue Deals, Including the Troubadour, First Avenue, and the Marathon Live Portfolio

👤 Ashley King   🕐 June 3, 2026



Photo Credit: AXS

**AXS strengthens its position in the independent venue space with new and renewed partnerships spanning some of the most iconic clubs in the nation.**

Today, AXS bolstered its place in the independent venue market with a fresh round of partnerships spanning iconic clubs across the United States. The ticketing and live event company announced new and renewed agreements with West Hollywood institution Troubadour, the entire Marathon Live venue portfolio, and Minneapolis independent venue operator First Avenue. These deals cement AXS' position as an advocate for independent operators, from single-room clubs to mid-sized, multi-market venue groups.

"Independent venues are essential to the live music ecosystem," said Dean DeWulf, Head of North American Venues at AXS. "They're where artists build careers, fans discover new music, and communities come together. These operators know their rooms and their audiences better than anyone, and we're proud to give them the platform, technology, and tools they need to keep doing what they do best."

**The Troubadour opened its doors in 1957 and has long held a defining place in live music history. The West Hollywood venue has hosted breakthrough performances and landmark sets from generations of artists, including Elton John, James Taylor, Billy Joel, Bruce Springsteen, Radiohead, Guns N' Roses, Willie Nelson, Justin Bieber, and more.**

"The Troubadour has always been about the connection between artists and fans," said Christine Karayan, Owner and GM of the Troubadour. "As we look ahead, working with AXS allows us to preserve what makes this venue special—its history, its independence, and the intimate live experiences fans and artists expect from the Troubadour."

AXS will also ticket the full Marathon Live portfolio, including Marathon Music Works in Nashville, The Signal and The Parlour in Chattanooga, The Hall in Little Rock, FIVE in Jacksonville, The Truman in Kansas City, and The Hawthorn in St. Louis. Across its venues, Marathon Live operates a growing network of 1,000- to 2,000-capacity rooms serving national touring artists, corporate and private events, local communities, and a diverse range of genres and audiences.

"As Marathon Live continues to grow across multiple markets, it's important that we have a ticketing partner who understands how independent venues operate," said Mark Dinerstein, CEO of Marathon Live. "AXS gives our team the tools and support to move quickly, manage each room's unique needs, and keep the focus where it belongs—on the artists and fans that we are proud to serve."

**In Minneapolis, AXS has renewed its relationship with First Avenue, the independent venue operator behind one of the most recognized names in live music. Under Dayna Frank's leadership, First Avenue has long been a leading voice for independent venues. This includes Frank's role in the Save Our Stages initiative, which helped secure the $16 billion Shuttered Venue Operators Grant program for independent venues, promoters, and live entertainment businesses impacted by the pandemic. The renewed partnership reflects a continued, shared focus on artist development, fan experience, and the long-term strength of independent venues.**

### SUBSCRIBE TO OUR DAILY NEWSLETTER

Your email address

☐ Send Me Job Listings

Sign up

### FEATURED



**Qobuz Is Suddenly One of the Fastest-Growing Streaming Music Platforms. But Why, You Ask?**

We've chronicled the sudden rise of YouTube Premium and Music, an upsurge that started last year. But a quieter, albei...

Read more

### JOBS

- **Senior Marketing Manager**
  **Company:** Sound Credit
  **Location:** Drivable to Memphis, TN preferred, but open to remote for the right candidate. Southeastern, US OK

- **Social Media & Content Manager**
  **Company:** SoundStock
  **Location:** Las Vegas HQ

- **Director of Marketing**
  **Company:** Musixmatch
  **Location:** Bologna or Remote

- **Vice President, Global Head of Fraud Prevention**
  **Company:** UMG, the Universal Music Group
  **Location:** Full Time Remote, California and New York

- **Sales Executive**
  **Company:** Musixmatch
  **Location:** Bologna or Remote

From your first show at 7th St Entry to a sold-out night at First Avenue, we've built these rooms around the fan experience, and around artists at every stage of their career," said Dayna Frank, President and CEO of First Avenue. "Partnering with AXS means our community gets a ticketing experience that's as committed to independent music as we are."

These partnerships reflect how AXS is supporting independent operators by helping venues stay in control, serve fans more effectively, and build sustainable live businesses in an evolving marketplace.

**Share on:**

Facebook | Twitter | LinkedIn | Copy Link



## RELATED POSTS



**FRIDAY NEW MUSIC RELEASES: PRINCE, VINCE STAPLES, NIALL HORAN, TAYLOR, TYLA, LIZZO, ELLIE GOULDING, MORE!**

Paul Resnikoff  June 5, 2026



**GARTH WANTS TO SELL HIS CATALOG FOR BILLIONS. BUT CAN HE HANDLE WHAT HAPPENS NEXT?**

Paul Resnikoff  June 4, 2026



**CURVE ROYALTY SYSTEMS TO BE ACQUIRED BY JAMEN CAPITAL AND MERLIN**

Ashley King  June 7, 2026



**US TRADE REPRESENTATIVE WEIGHS ENFORCEMENT ACTION AGAINST VIETNAM FOR IP INFRINGEMENT ISSUES, INCLUDING 'HIGH LEVELS OF MUSIC PIRACY'**

Ashley King  June 7, 2026

## LEAVE A REPLY

You must be logged in to post a comment.