# EXHIBIT C

https://securemypass.com/pricing

June 9, 2026



FAQ • Guides • My Links • Split Links • Pricing • Automations NEW • App Extract • Multi-session

⚡ PRICING

# Pay Per Ticket. Nothing Else.

No subscriptions. No monthly fees. No premium tiers to unlock.
Just straightforward per-ticket pricing.

| Platform | Details | Per Ticket |
|---|---|---|
| Ticketmaster | Normal non-app events | $1 |
| Ticketmaster App-Only | App only events | $10 |
| TM/AM Manual Extraction | | $10 |
| Ticketmaster Google Binding | | $5 |
| AM.Ticketmaster | Ticketmaster Account Manager platform | $2.5 |
| AM.Ticketmaster Google Binding | | $5 |
| AXS | | $10 |
| SeatGeek | | $5 |
| MLB Ballpark | | $5 |
| Evenue (Paciolan) | | $5 |
| FortressGB | Liverpool / Arsenal | $5 |
| ParkWhiz | | $5 |
| GoBananas | | $5 |
| TrueTickets | | $5 |
| Dice | | $5 |
| Jump platform | | $5 |

• Only pay for successful extractions    • Instant access to all platforms

### Moving Serious Volume?



Our Bulk Deposit Program cuts your costs by **up to 90%**. Lock in volume-based rates with packages starting at **$2500**.

**View Bulk Packages**

You're only charged for successful ticket extractions. Failed attempts cost nothing.

June 9, 2026

 **SECURE MY PASS**

FAQ   Guides   My Links   Split Links   Pricing   Automations `NEW`   App Extract   Multi-session

# Bulk Discount Packages

Pick a discount tier for each platform you want. Higher tiers = bigger discounts.

**Important:** The deposit amount will be **added to your balance** — we won't deduct anything from it. This is a bulk payment discount offer: the amount you deposit gives you discounted rates on your links while you keep and use the full balance. Please note that **a new deposit is required** — existing or previous deposits are not counted toward this offer.

ⓘ **How it works:** Select a tier for each site below. Deposit the total amount into your account balance, then submit your request. We'll verify and activate your discounted rates within 24 hours. Rates are valid for 12 months.

For **Ticketmaster App-Only** or **custom packages**, contact us directly.   **Contact on Telegram**   **Email Us**

| TIER 1 | TIER 2 | TIER 3 |
|---|---|---|
| **10% off** | **25% off** | **50% off** |
| $2,500 deposit / site | $5,000 deposit / site | $10,000 deposit / site |

| PLATFORM | BASE PRICE | TIER | NEW PRICE | DEPOSIT |
|---|---|---|---|---|
| AM.Ticketmaster | $2.5 | None ▾ | — | — |
| AXS | $10 | None ▾ | — | — |
| SeatGeek | $5 | None ▾ | — | — |
| MLB Ballpark | $5 | None ▾ | — | — |
| Evenue (Paciolan) | $5 | None ▾ | — | — |
| FortressGB | $5 | None ▾ | — | — |
| ParkWhiz | $5 | None ▾ | — | — |
| GoBananas | $5 | None ▾ | — | — |
| TrueTickets | $5 | None ▾ | — | — |
| Dice | $5 | None ▾ | — | — |
| Jump platform | $5 | None ▾ | — | — |

**TOTAL DEPOSIT REQUIRED**
**$0**

Request Discount Review →

Discount rates apply to selected platforms only and are valid for 12 months. Deposits are non-refundable and consumed as ticket credits.

