# EXHIBIT E

https://www.semrush.com/website/securemypass.com/overview/    June 9, 2026



## securemypass.com Website Traffic by Country

See the global distribution of visitors to your competitor's website and start tapping into overlooked markets. Securemypass.com's core audience is located in United States followed by Canada, and Philippines.



| Country | All devices | Desktop | Mobile |
|---|---|---|---|
| 🇺🇸 United States | 54.52% | 86.93K | 39.8% | 60.2% |
| 🇨🇦 Canada | 24.9% | 39.7K | 2.85% | 97.15% |
| 🇵🇭 Philippines | 16.44% | 26.22K | 100.0% | 0.0% |
| 🇬🇧 United Kingdom | 1.79% | 2.86K | 27.22% | 72.78% |
| 🇦🇪 United Arab E... | 0.52% | 825 | 100.0% | 0.0% |

**See all countries →**    10x daily insights. Free!

## securemypass.com Traffic Share by Device

Quickly understand where a website's traffic comes from and what devices visitors prefer to use. On securemypass.com, desktops drive 41.69% of visits, while 58.31% of visitors come from mobile devices.



● Desktop 41.69%    ● Mobile 58.31%

**Explore beyond 6 months →**

## securemypass.com Website Traffic Journey

Learn where visitors browse before and after landing on your competitor's site to uncover new opportunities for attracting their audience.

🖥 Desktop ⌄ | Apr 2026 ⌄

**Top Sources**                    **Top Destinations**



Direct
-24.32% 78.9%

mail.google.com
+115.78% 6.93%

Stubhub.com
+157.87% 6.68%

Google organic •
google.com

Amazon.com
29.71%

Espn.com
23.95%

Wikipedia.org
15.93%

Google.com
13.28%

+196.48% **1.52%**
mail.yahoo.com
**1.17%**

securemypass.io
**8.68%**

On securemypass.com, visitors mainly come from Direct (78.9% of traffic), followed by mail.google.com (6.93%). In most cases, after visiting securemypass.com, users go to amazon.com and espn.com.

**Show traffic details →**

## securemypass.com AI Traffic

No AI traffic detected for securemypass.com

We couldn't find any visits from AI platforms to this domain.

Try entering a different domain or check your AI visibility to see how your brand appears across ChatGPT, Gemini, Copilot, Claude, Google AI Mode, Grok, Perplexity, and more.



**Nothing found**
We have no data to show.

Need help expanding your AI search visibility and brand presence? Try our AI-marketing solutions:

### Semrush AI Visibility Toolkit →
- ✔ Review AI brand visibility
- ✔ Compare how different platforms present you versus competitors
- ✔ Track sentiment and feature mentions over time
- ✔ Identify emerging market gaps
- ✔ Discover the exact questions users ask
- ✔ Get AI-generated tips to improve your product, marketing, and market position

### Semrush Enterprise AIO →
- ✔ Monitor every mention in real time across ChatGPT, Perplexity, Gemini, Google AI Mode, Claude, Grok, and other AI search platforms
- ✔ Filter insights from brand to product or prompt level
- ✔ Benchmark visibility and perception against competitors
- ✔ Show how your products appear in ChatGPT Shopping
- ✔ Deliver customizable reports and expert support help you protect your narrative and turn AI visibility into measurable growth

**Check your AI Visibility →**   Interested in Enterprise solution, book a demo!

## securemypass.com Organic Keywords

Organic Research is designed to help you discover competitors' best keywords.

## securemypass.com Top Organic Keywords

Organic Research is designed to help you discover competitors' best keywords. The tool will show you the top keywords driving traffic to securemypass.com, while also providing the exact search volume, cost-per-click, search intent, and competition level for each keyword.

🇺🇸 United States | Apr 2026 ⌄

| Keyword | Intent | Position | Volume | CPC(USD) | Traffic % |
|---|---|---|---|---|---|
| secure pass |  N | 59 | 1,900 | 1.29 | 0.0% |
| what is secure my pass |  I | 36 | 40 | 0 | 0.0% |

 See all keywords →

# securemypass.com Backlink Analytics

Analyze and track securemypass.com's backlink profile with the fastest backlink database available

✓ Discover the most valuable backlink portfolio in your niche

✓ Spot toxic links and remove them before they cause harm to your website

✓ Find your strongest competitors for backlinks

## securemypass.com Backlink Stats

Dive into your competitor's SEO Authority Score and backlink profile.

| Authority Score $i$ | Referring Domains $i$ | Backlinks $i$ | Google Penalty Risk $i$ |
|---|---|---|---|
| 4 | 103 +6% | 1.88K +1% | 🔒 Unlock |

Get more free data →

## securemypass.com Backlinks and Referring Domains

Uncover the referring domains of your competitors, evaluate their backlink growth, and get a clear picture of the opportunities you may be missing. In March the number of backlinks to securemypass.com has increased by 0.91% and equals 1.88K. The amount of referring domains has increased by 6.19% and equals 103.

### Backlinks

Widget scope: Root Domain ⌄                                    6 Months ⌄



### Referring Domains

Widget scope: Root Domain ⌄                                    6 Months ⌄



Get my free audit →

# securemypass.com SEO Audit

Check out securemypass.com's site performance with an audit that detects issues related to crawlability, content, links, and coding

✓ Assess your website's performance and fix all associated issues

✓ Make sure Google bot can crawl and index your website

✓ Scan your website for 130+ technical and SEO mistakes

## securemypass.com SEO Audit and Website Health Check

See how your website's overall health stands up to the competition. Fix any of the over 130 technical and SEO mistakes our tool finds



**Nothing found**
We have no data to show.

Get your audit →

← securemx.jp

secure-neosurf.com →

# LEAVE YOUR COMPETITION IN THE DUST WITH SEMRUSH TODAY

Try the full suite of Semrush tools with a free account and dig deeper into the data

Free Access To More Data

# GET STARTED WITH SEMRUSH TODAY

Try Semrush free for seven days. Cancel anytime.

Start free trial

| Semrush | More tools | Company | Support |
|---|---|---|---|
| Semrush One | Enterprise SEO | About Us | Knowledge Base |
| Features | Enterprise AIO | News | Academy |
| Pricing | Enterprise SI | Careers | Semrush API |
| Free Trial | Insights24 | Partners | |
| Compare Semrush | Mfour | Semrush Select | **Community** |
| Success Stories | App Center | Global Issues Index | |
| Stats and Facts | Top Websites | Do not sell my personal info | Semrush Blog |
| Affiliate Program | Free Tools | Contact Us | Webinars |
| | Sensor | | Ambassador Program |

in ⓘ ♪ ▶ f 𝕏

Adobe    © 2026 Semrush Holdings. All rights reserved.    Privacy Policy    Terms of Service    Cookies Settings    English ⏷

# SEMRUSH