# EXHIBIT F



https://securemypass.com/faq

June 9, 2026

## Frequently Asked Questions

**Which sites do you support?**

**Can I request support for additional sites?**

**Why is cryptocurrency the only payment method?**

**Have you experienced any denied entries?**

We have not experienced any denied entries with Ticketmaster. However, for AXS, some venues have denied entry, usually due to ID checks or non-acceptance of our links. We continuously update our ticket methodologies and maintain a current list of venues. While you can still generate links for these venues, we cannot guarantee entry for those listed with known issues.

**Which venues are known for denied entries?**

We have compiled a list of venues known for denied entries of which we keep up to date:

**AXS**:
1 - Opry House, 600 Opry Mills Drive, Nashville, Tennessee, 37214
2 - MGM Grand Garden Arena, 3799 Las Vegas Boulevard South, Las Vegas, Nevada, 89109
3 - The Riverside Theater, 116 W Wisconsin Avenue, Milwaukee, Wisconsin, 53203
4 - Target Center, 600 First Avenue, North Minneapolis, Minnesota, 55403
5 - Crypto.com Arena, 1111 S Figueroa, Los Angeles, California, 90015

We hold no responsibility if you receive a denied entry claim, this list is just to help you understand the risks

**Can I split my AXS tickets like I can with other sites ?**

**How much does link generation cost?**

Please visit the pricing page here: https://securemypass.io/pricing.