# EXHIBIT G

https://securemypass.com/news#axs-lawsuit-response

June 9, 2026

**SMP** SECURE MY PASS

⊘ FAQ   ▶ Guides   🔗 My Links   ☰ Split Links   💲 Pricing   🔄 Automations [NEW]   🔄 App Extract      🖥 Multi-session   ☀   👤

## News & Updates

Stay up to date with the latest features and improvements

📅 January 15, 2026

## Our Response to AXS

SecureMyPass remains fully operational

Dear SecureMyPass users,

If you haven't heard yet, let us inform you that AXS is currently attempting to stop SecureMyPass from operating. Much like many of you, this does not come as a surprise. Rest assured, we stand with the broker community and **SecureMyPass remains fully operational**.

Today, at approximately 10:30am, we received an email from someone at Billboard.com asking whether we would like to comment on a lawsuit allegedly filed by AXS against SecureMyPass. This was the first time we had heard of any lawsuit. Upon receiving that email, we immediately began researching what was being alleged and formulated a response.

**This is the email we received:**

> **EMAIL FROM BILLBOARD**
>
> Hi,
>
> Bill Donahue here, the legal affairs reporter at Billboard, reaching out because we're writing a story today on the lawsuit filed yesterday by AXS against SecureMyPass. I've attached a copy of the case here. Does SecureMyPass have any kind of statement on the lawsuit that you'd like included in our coverage?
>
> Thanks so much,
>
> **Bill Donahue**
> Senior Legal Correspondent

Attached to that email was the PDF of the lawsuit.

At approximately 1:00pm, we emailed Mr. Donahue back in the hope that he would include our response in his article. As many of you may have read by now, very little of what we shared was reflected. For transparency, we are sharing our full response with you directly.

**This is exactly what we sent him:**

> **OUR RESPONSE**
>
> "Hi Bill,
>
> SecureMyPass disputes many of the allegations in AXS's complaint and believes the lawsuit fundamentally mischaracterizes both our business and the realities of the ticket resale market.
>
> SecureMyPass is not a U.S.-based company. Our development team, infrastructure, servers, and financial operations are located outside the United States, and we do not operate from or maintain offices within U.S. jurisdiction. AXS's suggestion otherwise appears to be based on assumptions rather than facts. In particular, any reference to a U.S. address stems from a mailing address included in bulk email footers for compliance purposes and should not be mistaken for a physical office or operational presence.
>
> At a high level, SecureMyPass provides a self-service digital delivery tool for ticket brokers who already own valid tickets. Once a ticket is lawfully purchased, it becomes the property of the buyer, with the traditional right to resell or transfer it. In recent years, AXS has taken steps to restrict that ability after the point of sale, effectively attempting to retain control over tickets it no longer owns. That practice has been challenged or restricted in multiple U.S. states.
>
> Before SecureMyPass existed, brokers were often forced to walk customers into venues or hand over temporary phones just so buyers could access events. Those methods are inconvenient, costly, and unnecessary.
> SecureMyPass was created to solve that problem by allowing brokers to deliver access digitally and efficiently to

their customers.

Importantly, tickets delivered through SecureMyPass scan correctly. When customers are denied entry, it is not because the ticket is invalid, but because venue staff have been instructed to visually identify and reject tickets delivered outside the AXS app. If AXS's stated concern were truly consumer protection, customers would be admitted once their tickets scan successfully, regardless of the delivery method.

The complaint relies heavily on speculation, repeatedly suggesting that brokers "may" misuse tickets. In reality, brokers have strong financial incentives never to sell the same ticket more than once. Doing so results in denied-entry claims, chargebacks, and severe penalties from resale platforms. Intentional duplication is commercially irrational and does not reflect how the industry operates.

AXS also claims it attempted to contact SecureMyPass prior to filing suit. We have no record of any such outreach. SecureMyPass operates an active support inbox and live chat and remains reachable. Had AXS genuinely sought a practical resolution aligned with ensuring fans enter events smoothly, that conversation could have occurred.

Finally, the scope of damages AXS is seeking—amounts that reach into the millions per alleged instance—underscores that this lawsuit is not about consumer access or fan protection. The requested relief is extraordinary and far removed from any demonstrated consumer harm, reinforcing the view that this case is about asserting post-sale market control rather than improving the ticket-buying experience.

SecureMyPass helps brokers deliver tickets they already own to customers who paid for them. Any customer harm cited by AXS stems from enforcement choices made at the venue level, not from ticket validity. AXS is free to pursue litigation, but if they wish to contact us directly, we remain reachable at support@securemypass.com.

— SecureMyPass"

After that response, we followed up with a second email providing additional context and industry background, explicitly marked as background only and not for attribution, in hopes that it would help inform a more accurate article.

**This is exactly what we sent as follow-up background:**

**BACKGROUND CONTEXT (NOT FOR ATTRIBUTION)**

"Sharing the below as background only, not for attribution, in case it's helpful.

Bill — sharing the following strictly as background to help frame the dispute. This is not for attribution or direct quotation.

From our perspective, this case has very little to do with counterfeiting and even less to do with consumer protection. It's about AXS attempting to control tickets after they've already been sold, particularly when those tickets move into the secondary market.

SecureMyPass exists because AXS deliberately made lawful resale and transfer difficult or impractical. Brokers already owned these tickets, yet were forced into extreme workarounds—walking customers into venues, handing over burner phones, or remaining on-site—just to ensure entry. SecureMyPass solved that problem. The tickets scan. They work.

When fans are denied entry, it's not because the barcode fails. It's because venue staff are trained to visually reject tickets that don't originate inside the AXS app, even if the scan would succeed. That is an enforcement decision, not a technical necessity. If AXS actually prioritized fans, successful scans would mean entry—full stop.

The complaint leans heavily on hypotheticals. Brokers "may" duplicate tickets or defraud buyers. In the real resale ecosystem, that behavior would be financially catastrophic. Brokers who double-sell tickets face denied-entry claims, chargebacks, clawbacks, and penalties that often exceed the original sale value. There is no upside and massive downside. This is industry 101.

AXS also stretches to manufacture U.S. jurisdiction. The so-called U.S. address cited in the complaint comes from a bulk-email footer used for compliance purposes. There is no office there. SecureMyPass is not a U.S. company, and its developers, infrastructure, and finances are outside the U.S.

What truly stands out is the damages demand. Seeking millions of dollars per ticket or per mark is wildly disproportionate and disconnected from any actual consumer harm. It reads less like an effort to remedy wrongdoing and more like an attempt to scare brokers, shut down alternatives, and assert absolute post-sale control through litigation pressure.

AXS never meaningfully attempted to contact SecureMyPass to resolve anything. We have active support channels and live chat. This went straight to court. That suggests the objective wasn't a fix—it was leverage, deterrence, and precedent.

That's the lens we're viewing this through."

A few hours later, an article was published that included very little of the above.

As the article correctly mentions, AXS has taken similar actions in the past. This helped us anticipate and prepare—



protecting not only our platform, but our users as well.

If anyone has concerns or would like to discuss this further, please feel free to contact us directly.

*Cheers to 2026 and beyond!*
*SecureMyPass*

^ Collapse article

📅 **January 12, 2026**

## Introducing Automations
A powerful new way to manage your accounts

We've been working on something big, and it's finally here. Automations is a brand new feature that lets you crawl your accounts in bulk, generate links without logging into any site, and automate your entire workflow.

Read more →

