# EXHIBIT H



- Select your preferred interval (24 or 48 hours)
- Head to **Settings** and make sure Auto Crawling is enabled
- That's it — your accounts will now be crawled automatically on schedule

Wake up every morning with your accounts already crawled. Your inventory is ready in the **Tasks** tab. Just generate your links and go.

**Auto daily crawling is FREE for your first 1,000 accounts**

## Processor Integrations & Auto Password Resets

Managing credentials and password resets can be a hassle. We've got two ways to make it effortless.

**Option 1: Processor Integration (Automatiq & Victory Live)**

If you use Automatiq or Victory Live, connect them to SecureMyPass and enjoy:

- Auto import credentials directly from your processor — no CSV files needed
- Auto password resets that sync back to your processor automatically
- Crawl imported accounts automatically within SMP
- Everything stays perfectly in sync between SecureMyPass and your processor

**Option 2: Use SMP Directly (No Processor Needed)**

Don't use a processor? No problem. You can still enjoy auto password resets by forwarding your password reset emails to us.

- Set up email forwarding to send password reset emails to SecureMyPass
- We'll handle the password resets automatically for you
- Combined with auto crawling, your accounts are always up to date with fresh credentials
- No manual password updates. No logging in. We take care of it.

## Your Inventory, All in One Place

All your crawled inventory now lives in the **Tasks** tab. This is your central hub — view all your tickets, see the cost per ticket, and generate links with just a few clicks. Whether you crawled manually or let auto-crawling do the work, everything shows up here, always up to date and ready for action.

## Ready to get started?

Watch our overview video and set up Automations in minutes.

**Watch the Overview Video →**

What are you waiting for? Head over to **Automations** and try it out today.

— *Team SecureMyPass*

^ Collapse article

