# EXHIBIT J

| Cost Index | Work Date | Cost Type | Currency | Quantity | Rate | Amount | Billed | Billed Amt | Invoice Number | Invoice Date | Matter Number | Matter Name | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64294476 | 12/23/2025 | Experts, Consultants, Other Vendors and Prof | USD | 1.00 | 320.33 | 320.33 | TRUE | 320.33 | 18800031952 | 1/26/2026 | 771237.000018 | Securemypass Litigation Assessment | Soluble Pty Ltd - 0199-2025 Registration search Counsel fees |
| 64303578 | 1/16/2026 | Air Freight | USD | 1.00 | 33.45 | 33.45 | TRUE | 33.45 | 18800032180 | 2/26/2026 | 771237.000018 | Securemypass Litigation Assessment | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 771237.000018/Customer#:445967769/ Tracking#:397838865944/ OfficeCode#:SFCA/ ShippingDate:2026 Jan 16 |
| 64281902 | 1/20/2026 | Experts, Consultants, Other Vendors and Prof | USD | 1.00 | 598.00 | 598.00 | TRUE | 598.00 | 18800032180 | 2/26/2026 | 771237.000018 | Securemypass Litigation Assessment | PAGE VAULT INC - Vendor Fees for preservation of AXS Guide |
| 64291751 | 1/26/2026 | Online legal research - external service | USD | 1.00 | 400.00 | 400.00 | TRUE | 400.00 | 18800032180 | 2/26/2026 | 771237.000018 | Securemypass Litigation Assessment | MARKSMEN - Fees for SECUREMYPASS 1-Hour Intel Inquiry & Report |
| 64318048 | 2/6/2026 | Filing Fees | USD | 1.00 | 405.00 | 405.00 | TRUE | 405.00 | 18800032361 | 3/23/2026 | 771237.000018 | Securemypass Litigation Assessment | BANK OF AMERICA - Filing Fees, 01/13/26, Filing Fee - Court filing of Complaint, ACACDC-41272102 |
| 64318032 | 2/6/2026 | Filing Fees | USD | 1.00 | 450.00 | 450.00 | TRUE | 450.00 | 18800032361 | 3/23/2026 | 771237.000018 | Securemypass Litigation Assessment | BANK OF AMERICA - Filing Fees, 01/15/26, Filing Fee - Court filing of three PHV applications, ACACDC-41289880 |
| 64318031 | 2/6/2026 | Filing Fees | USD | 1.00 | 450.00 | 450.00 | TRUE | 450.00 | 18800032361 | 3/23/2026 | 771237.000018 | Securemypass Litigation Assessment | BANK OF AMERICA - Filing Fees, 01/15/26, Filing Fee - Court filing of three PHV applications, ACACDC-41289580 |
| 64318006 | 2/6/2026 | Filing Fees | USD | 1.00 | 450.00 | 450.00 | TRUE | 450.00 | 18800032361 | 3/23/2026 | 771237.000018 | Securemypass Litigation Assessment | BANK OF AMERICA - Filing Fees, 01/15/26, Filing Fee - Court filing of three PHV applications, ACACDC-41290088 |
| 64318070 | 2/6/2026 | Certificates | USD | 1.00 | 25.68 | 25.68 | TRUE | 25.68 | 18800032361 | 3/23/2026 | 771237.000018 | Securemypass Litigation Assessment | BANK OF AMERICA - Certificate of Good Standing, 01/14/26, Filing Fee - Certificate of Good Standing from the State Bar for PHV Application filing Anna Kurian, 00000029 |
| 64318062 | 2/6/2026 | Certificates | USD | 1.00 | 25.68 | 25.68 | TRUE | 25.68 | 18800032361 | 3/23/2026 | 771237.000018 | Securemypass Litigation Assessment | BANK OF AMERICA - Certificate of Good Standing, 01/09/26, Filing Fee - Certificate of Good Standing from the State Bar for PHV Application filing Hadley Dreibelbis, 00001398 |
| 64318053 | 2/6/2026 | Certificates | USD | 1.00 | 25.68 | 25.68 | TRUE | 25.68 | 18800032361 | 3/23/2026 | 771237.000018 | Securemypass Litigation Assessment | BANK OF AMERICA - Certificate of Good Standing, 01/11/26, Filing Fee - Certificate of Good Standing from the State Bar for PHV Application filing Brendan Quinn, 00000223 |
| 64332904 | 2/16/2026 | Delivery Services/Messengers | USD | 1.00 | 92.45 | 92.45 | TRUE | 92.45 | 18800032361 | 3/23/2026 | 771237.000018 | Securemypass Litigation Assessment | ACE ATTORNEY SERVICE INC - delivery of chambers copies of initial documents |
| 64337812 | 2/19/2026 | Delivery Services/Messengers | USD | 1.00 | 347.25 | 347.25 | TRUE | 347.25 | 18800032361 | 3/23/2026 | 771237.000018 | Securemypass Litigation Assessment | SAME DAY PROCESS SERVICE INC - AXS Group LLC v. securemypass.com Nationwide Same Day Process |
| 64432568 | 4/10/2026 | Online legal research - external service | USD | 1.00 | 365.75 | 365.75 | TRUE | 365.75 | 18800032880 | 5/28/2026 | 771237.000018 | Securemypass Litigation Assessment | MARKSMEN - Fees for review and execution of Marksmen declaration in connection with motion for alternative service |
| **TOTAL** | | | | | | | | **3,989.27** | | | | | |