HOGAN LOVELLS US LLP
Michael L. Turrill (Bar No. 185263)
Sun Y. Moon (Bar No. 353630)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
michael.turrill@hoganlovells.com
rachel.moon@hoganlovells.com

HOGAN LOVELLS US LLP
Anna Kurian Shaw *(Pro Hac Vice)*
Brendan C. Quinn *(Pro Hac Vice)*
Hadley Dreibelbis *(Pro Hac Vice)*
555 13th Street, NW
Washington, D.C. 20004
Telephone:   (202) 637-5600
Facsimile:    (202) 637-5910
anna.shaw@hoganlovells.com
brendan.quinn@hoganlovells.com
hadley.dreibelbis@hoganlovells.com

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>SECUREMYPASS.COM,<br><br>                    Defendant. | Case No. 2:26-cv-00361-SPG-PVC<br><br>**DECLARATION OF GREG SCHMALE IN SUPPORT OF PLAINTIFF AXS GROUP LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT SECUREMYPASS.COM AND PERMANENT INJUNCTION**<br><br>Date: August 26, 2026<br>Time: 1:30 p.m.<br>Place: 5C<br><br>Assigned to Hon. Judge Sherilyn Peace Garnett |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

I, Greg Schmale, declare as follows:

1.    I make this declaration in support of Plaintiff AXS Group LLC's Motion for Entry of Default Judgment Against Defendant Securemypass.com ("**SMP**") and Permanent Injunction ("**Motion**"). The facts in this declaration are based on my own personal knowledge, unless otherwise noted, and if called as a witness, I could and would competently testify to them.

2.    I am the SVP, Artist Services for AXS Group LLC ("**AXS**"). I have been an employee at AXS for 10 years and in the ticketing business for 28 years. In my current role, I work with artists, managers, agents, promoters, and internal AXS teams to oversee ticketing strategies and the planning and execution of major ticket onsales for live events. My responsibilities have provided me with personal knowledge of the occurrence and impact that counterfeit tickets have on events, artists, and consumers, including instances in which purchasers of counterfeit tickets are denied entry because the tickets are invalid.

3.    On February 7, 2026, AXS was informed that numerous customers who had purchased counterfeit tickets from SMP were denied entry when attempting to enter the venue at the 2026 WM Phoenix Open, part of the PGA Tour.

4.    On May 12, 2026, AXS was informed by its venue partner that five customers were unable to enter the Red Rocks Amphitheatre for the Lewis Capaldi concert after their counterfeit tickets created by SMP were rejected at the gate.

5.    On May 30, 2026, AXS's venue partner reported numerous customers had experienced issues with entry at the Alan Walker concert at Red Rocks Amphitheatre, all of whom had received counterfeit tickets created by SMP and purchased from third party ticket resellers.

6.    SMP's ongoing conduct has imposed significant operational burdens on AXS and its clients, requiring the expenditure of substantial resources to investigate

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

fraudulent transactions, respond to customer complaints, resolve disputes at event entry points, train personnel to identify counterfeit tickets and assist affected consumers, implement enhanced fraud-prevention measures, and mitigate reputational damages caused by denied entry and dissatisfied consumers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

//

Executed this 30th day of June 2026 in Los Angeles, California.

/s/ _____

Greg Schmale

*AXS Group LLC*

2

DECL. OF GREG SCHMALE IN SUPPORT OF PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT
Case No. 2:26-cv-00361-SPG-PVC