REDACTED VERSION OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

HOGAN LOVELLS CADWALADER US LLP
Michael L. Turrill (Bar No. 185263)
Sun Y. Moon (Bar No. 353630)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone:   (310) 785-4600
Facsimile:   (310) 785-4601
michael.turrill@hlc.com
rachel.moon@hlc.com

HOGAN LOVELLS CADWALADER US LLP
Anna Kurian Shaw *(Pro Hac Vice)*
Brendan C. Quinn *(Pro Hac Vice)*
Hadley Dreibelbis *(Pro Hac Vice)*
555 13th Street, NW
Washington, D.C. 20004
Telephone:   (202) 637-5600
Facsimile:   (202) 637-5910
anna.shaw@hlc.com
brendan.quinn@hlc.com
hadley.dreibelbis@hlc.com

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC, <br><br> Plaintiff, <br><br> v. <br><br> SECUREMYPASS.COM, <br><br> Defendant. | Case No. 2:26-cv-00361-SPG-PVC <br><br> **DECLARATION OF MICHAEL L. TURRILL IN SUPPORT OF PLAINTIFF AXS GROUP LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT SECUREMYPASS.COM AND PERMANENT INJUNCTION** <br><br> Date: August 26, 2026 <br> Time: 1:30 p.m. <br> Place: 5C <br><br> Assigned to Hon. Judge Sherilyn Peace Garnett |

HOGAN LOVELLS
CADWALADER
US LLP
ATTORNEYS AT LAW
LOS ANGELES

DECL. OF MICHAEL L. TURRILL IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT AGAINST DEFENDANT – Case No. 2:26-cv-00361-SPG-PVC

I, Michael L. Turrill, declare as follows:

1.      I am over the age of majority, and I am competent to testify to the statements made herein.

2.      I am an attorney at the law firm Hogan Lovells Cadwalader US LLP, counsel for Plaintiff AXS Group LLC ("**AXS**"), in the above-captioned matter.  I make this Declaration in support of AXS's Motion for Entry of Default Judgment Against Defendant Securemypass.com ("**SMP**") and Permanent Injunction ("**Motion**").  I do so based on personal knowledge of the matters stated herein and my personal review of the referenced documents.

3.      I am a commercial litigator in Hogan Lovells Cadwalader's Litigation, Arbitration, and Employment practice with thirty years of experience handling complex commercial litigation matters, including trademark litigation matters. I have practiced law in the Los Angeles, California, region for the entirety of my career and am therefore familiar with the billing rates for attorneys at law firms similar to ours in the Los Angeles area.

4.      Based upon my personal experience and knowledge of the Los Angeles legal market, I believe that the billing rates AXS was charged in connection with this matter, *see* Declaration of Hadley Dreibelbis in Support of AXS's Motion ¶¶ 21–22 filed concurrently herewith, are reasonable and consistent with hourly rates typically charged by similar firms in Los Angeles. This is particularly true when the ▮▮▮▮ discount off of our standard rates is considered. *See id.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

//

//

Executed this 2nd day of July 2026 in Los Angeles, California.

HOGAN LOVELLS
CADWALADER
US LLP
ATTORNEYS AT LAW
LOS ANGELES

1

*/s/ Michael L. Turrill*

Michael L. Turrill

*Attorney for Plaintiff AXS Group LLC*

HOGAN LOVELLS
CADWALADER
US LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECL. OF MICHAEL L. TURRILL IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT AGAINST DEFENDANT – Case No. 2:26-cv-00361-SPG-PVC