**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AXS GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>SECUREMYPASS.COM,<br><br>Defendant. | Case No. 2:26-cv-00361-SPG-PVC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AXS GROUP LLC'S APPLICATION FOR LEAVE TO FILE PORTIONS OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT SECUREMYPASS.COM AND PERMANENT INJUNCTION UNDER SEAL**<br><br>Hon. Judge Sherilyn Peace Garnett |

## [PROPOSED] ORDER

The Court, having considered Plaintiff's Application for Leave to File Portions of Plaintiff's Motion for Entry of Default Judgment Against Defendant Securemypass.com and Permanent Injunction Under Seal ("Application") and the Declaration of Hadley Dreibelbis in Support of Plaintiff's Application, and finding there are compelling reasons to seal the identified information in the Application, hereby **GRANTS** the Application and orders that the following materials shall be filed under seal:

| Document | Portions To Be Filed Under Seal |
| --- | --- |
| Declaration of Hadley Dreibelbis in Support of Plaintiff AXS Group LLC's Motion for Entry of Default Judgment Against Defendant Securemypass.com and Permanent Injunction | Highlighted portions |
| Exhibit I to Declaration of Hadley Dreibelbis in Support of Plaintiff AXS Group LLC's Motion for Entry of Default Judgment Against Defendant Securemypass.com and Permanent Injunction | Highlighted portions |
| Declaration of Michael L. Turrill in Support of Plaintiff AXS Group LLC's Motion for Entry of Default Judgment Against Defendant Securemypass.com and Permanent Injunction | Highlighted portion |

//

//

//

1

//

**IT IS SO ORDERED.**

Dated: _____

_____

HON. JUDGE SHERILYN PEACE GARNETT

UNITED STATES DISTRICT JUDGE