REDACTED VERSION OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

HOGAN LOVELLS CADWALADER US LLP
Michael L. Turrill (Bar No. 185263)
Sun Y. Moon (Bar No. 353630)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
michael.turrill@hlc.com
rachel.moon@hlc.com

HOGAN LOVELLS CADWALADER US LLP
Anna Kurian Shaw *(Pro Hac Vice)*
Brendan C. Quinn *(Pro Hac Vice)*
Hadley Dreibelbis *(Pro Hac Vice)*
555 13th Street, NW
Washington, D.C. 20004
Telephone:   (202) 637-5600
Facsimile:    (202) 637-5910
anna.shaw@hlc.com
brendan.quinn@hlc.com
hadley.dreibelbis@hlc.com

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>SECUREMYPASS.COM,<br><br>                    Defendant. | Case No. 2:26-cv-00361-SPG-PVC<br><br>**DECLARATION OF HADLEY DREIBELBIS IN SUPPORT OF PLAINTIFF AXS GROUP LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT SECUREMYPASS.COM AND PERMANENT INJUNCTION**<br><br>Date: August 26, 2026<br>Time: 1:30 p.m.<br>Place: 5C<br><br>Assigned to Hon. Judge Sherilyn Peace Garnett |

HOGAN LOVELLS
CADWALADER
US LLP
ATTORNEYS AT LAW
LOS ANGELES

I, Hadley Dreibelbis, declare as follows:

1.    I am over the age of majority, and I am competent to testify to the statements made herein.

2.    I am an attorney at the law firm Hogan Lovells Cadwalader US LLP, counsel for Plaintiff AXS Group LLC ("**AXS**"), in the above-captioned matter.  I make this Declaration in support of AXS's Motion for Entry of Default Judgment Against Defendant Securemypass.com ("**SMP**") and Permanent Injunction ("**Motion**").  I do so based on personal knowledge of the matters stated herein and my personal review of the referenced documents.

**Requirements for Entry of Default Judgment (Local Rule 55-1)**

3.    SMP was properly served pursuant to Rule 4 of the Federal Rules of Civil Procedure on April 13, 2026, as evidenced by the proof of service on file with this Court. Dkt. 29.

4.    On May 18, 2026, the Clerk entered default against SMP (Dkt. No. 34) on AXS's Complaint (Dkt. No. 1).

5.    As of the filing of this Declaration, SMP has not made an appearance in this case or filed any responsive pleading.

6.    SMP is not a minor or an incompetent person.

7.    SMP is not currently in the military service, and therefore the Servicemembers Relief Act does not apply.

8.    Notice of this Motion is not required under Rule 55(b)(2) of the Federal Rules of Civil Procedure, because SMP failed to appear in this action.

**Additional Evidence in Support of Motion for Entry of Default Judgment**

9.    Attached hereto at **Exhibit A** is a true and correct copy of email correspondence between myself and SMP via support@securemypass.com occurring from April 13, 2026, to April 28, 2026.

10.    Attached hereto as **Exhibit B** are true and accurate copies of website

HOGAN LOVELLS
CADWALADER
US LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DECL. OF HADLEY DREIBELBIS IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT – Case No. 2:26-cv-00361-SPG-PVC

printouts of articles regarding AXS from the sources identified therein, captured June 8, 2026.

11.    Attached hereto as **Exhibit C** are true and accurate copies of website screenshots from SMP's website providing an overview of SMP's pricing structure, captured June 9, 2026, and available at https://securemypass.com/pricing and https://securemypass.com/bulk-discount.

12.    Attached hereto as **Exhibit D** are true and accurate copies of website printouts of the Digital Music News article, "*Behind the Ticket Resale Underground, Part 4—Why Non-Transferable Tickets Don't Stop Scalpers & Speculators*," dated October 12, 2025, and available at https://www.digitalmusicnews.com/2025/10/12/ticket-resale-why-non-transferable-doesnt-work/.

13.    Attached hereto as **Exhibit E** are true and accurate copies of website printouts from SEMRush, captured June 9, 2026, and available at https://www.semrush.com/website/securemypass.com/overview/.

14.    Attached hereto as **Exhibit F** are true and accurate copies of website screenshots from the "FAQ" page of SMP's website, captured June 9, 2026, and available at https://securemypass.com/faq.

15.    Attached hereto as **Exhibit G** is a true and accurate copy of the January 15, 2026 statement posted on SMP's website, captured June 9, 2026, and available at https://securemypass.com/news#axs-lawsuit-response.

16.    Attached hereto as **Exhibit H** are true and accurate copies of website screenshots from SMP's website providing an overview of the Automations feature, captured June 9, 2026, and available at https://securemypass.com/news#automations-launch.

**Request for Attorneys' Fees**

17.    I, along with partner Anna Kurian Shaw, were the primary attorneys at

HOGAN LOVELLS
CADWALADER
US LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECL. OF HADLEY DREIBELBIS IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT – Case No. 2:26-cv-00361-SPG-PVC

Hogan Lovells Cadwalader US LLP handling this matter. We are members of the Trademark, Advertising, Copyright and Technology practice group with substantial experience with trademark and unfair competition litigation.

18.     We also consulted with partner Michael L. Turrill, local counsel on this matter. Mr. Turrill is a commercial litigator in Hogan Lovells Cadwalader's Litigation, Arbitration, and Employment practice with thirty years of experience handling complex commercial litigation matters, including trademark litigation matters.

19.     Several other attorneys and staff members assisted with this case, including attorneys Brendan C. Quinn, Sun Y. Moon, Casey Magersupp, paralegal Ky-Yen Wong and litigation assistant Tiffany de Jonge. Hogan Lovells Cadwalader's domain name team, including partner David Taylor and senior associate Thomas Raudkivi, also assisted in the preliminary investigation of this case.

20.     By its motion for entry of default judgment, AXS is requesting only the fees billed by the primary attorneys working on this matter for AXS: Hadley Dreibelbis, Anna Kurian Shaw and Michael L. Turrill.

21.     In 2025, my discounted hourly billing rate was ▮▮▮▮. Ms. Shaw's 2026 discounted hourly billing rate was ▮▮▮▮. Mr. Turrill's discounted hourly billing rate was ▮▮▮▮. In 2025, AXS was billed at our respective discounted hourly billing rates (which is inclusive of a ▮▮▮▮ discount) and not at our standard rates.

22.     In 2026, my discounted hourly billing rate is ▮▮▮▮. Ms. Shaw's 2026 discounted hourly billing rate is ▮▮▮▮. Mr. Turrill's discounted hourly billing rate is ▮▮▮▮. AXS continues to be billed at our respective discounted hourly billing rates (which is inclusive of a ▮▮▮▮t discount) and not at our standard rates.

23.     Ms. Shaw received her J.D. from Georgetown University Law Center in

HOGAN LOVELLS CADWALADER US LLP ATTORNEYS AT LAW LOS ANGELES

3

DECL. OF HADLEY DREIBELBIS IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT – Case No. 2:26-cv-00361-SPG-PVC

1999 and has over 27 years of experience as an IP litigator. Mr. Turrill received his J.D. from the University of Southern California Gould School of Law in 1996 and has thirty years of experience as a commercial litigator and first-chair trial lawyer. I received my J.D. from Duke University School of Law in 2021 and have five years of experience as an IP litigator.

24.    At Hogan Lovells Cadwalader, attorneys and paralegals (including all attorneys and paralegals who worked on this matter) record their time spent on a given matter, and Hogan Lovells Cadwalader's finance department prepares client bills from such time records in the normal course and scope of its business. This bill reflects, for each day worked on a given matter, the name of the person, a narrative description of the work performed, the number of hours spent on that work to the tenth hour, and the applicable hourly rate.

25.    Based on my review of the billings in this matter, Hogan Lovells Cadwalader incurred at least $289,687.05 in attorneys' fees for this matter. **Exhibit I**, attached hereto, is a composite document detailing all fees for work by the three primary attorneys handling this matter through June 9, 2026. Exhibit I was created by Hogan Lovells Cadwalader's finance department, based on its billing records as maintained electronically in the normal course of business. The time entries and dollar amounts are true and correct. Some entries not germane to the instant litigation have been removed, and some descriptions have been modified to prevent disclosure of privileged and/or confidential information, and time entries attributable to paralegals and certain other attorneys working on this matter have been removed.

26.    Based on my review of the billings in this matter, Hogan Lovells Cadwalader incurred at least $3,989.27 in costs for this matter. **Exhibit J**, attached hereto, is an invoice which details costs incurred including filing fees, process server fees, research and investigation vendor costs, and delivery costs associated with Chambers copies of the initial case documents. Exhibit J was created by Hogan

HOGAN LOVELLS
CADWALADER
US LLP
ATTORNEYS AT LAW
LOS ANGELES

4

DECL. OF HADLEY DREIBELBIS IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT AGAINST DEFENDANT – Case No. 2:26-cv-00361-SPG-PVC

Lovells Cadwalader's finance department, based on its billing records as maintained electronically in the normal course of business. The dollar amounts are true and correct.

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of July 2026 in Washington, D.C.


*/s/ Hadley Dreibelbis*

Hadley Dreibelbis

*Attorney for Plaintiff AXS Group LLC*

HOGAN LOVELLS
CADWALADER
US LLP
ATTORNEYS AT LAW
LOS ANGELES

5

DECL. OF HADLEY DREIBELBIS IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT AGAINST DEFENDANT – Case No. 2:26-cv-00361-SPG-PVC