# EXHIBIT I

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| Work Date | Timekeeper | Timekeeper Name | Currency | Billed | Bill Hours | Non-Discounted Bill Rate | Discounted Bill Rate | Bill Amt (w/ Discount Applied) | Invoice Date | Invoice Number | Matter Number | Matter Name | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Telephone conference with B. Quinn and H. Dreibelbis regarding [REDACTED] coordinate next steps |
| 11/21/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Video conference with A. Shaw and B. Quinn to discuss [REDACTED] |
| 11/25/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review and research [REDACTED] correspond with A. Shaw and B. Quinn regarding [REDACTED] |
| 12/1/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review [REDACTED] securemypass complaint |
| 12/2/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review [REDACTED] from client |
| 12/2/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review [REDACTED] to prepare client questions; draft client email requesting [REDACTED]; correspond with client |
| 12/3/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review emails [REDACTED] from client |
| 12/4/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | PURGE | 771237.000018 | Securemypass Litigation Assessment | Follow up with D. Taylor regarding [REDACTED] investigation |
| 12/5/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review [REDACTED] results; telephone conference with client |
| 12/5/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review client emails and materials; video conference with client to discuss [REDACTED]; correspond with A. Shaw [REDACTED] |
| 12/8/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Telephone conference with H. Dreibelbis regarding [REDACTED] and [REDACTED] |
| 12/8/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Video conference with A. Shaw to discuss [REDACTED] video conference with C. Magersupp to discuss [REDACTED] correspond with client regarding [REDACTED]; correspond with M. Turrill regarding [REDACTED] begin drafting complaint |
| 12/8/2025 | 1060920 | Michael L Turrill | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Emails with H. Dreibelbis regarding [REDACTED] review materials regarding [REDACTED] |
| 12/9/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Attention to [REDACTED] review research, discuss with C. Magersupp and email to client regarding [REDACTED] |
| 12/9/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Correspond with A. Shaw, C. Magersupp regarding [REDACTED] draft introduction, claims of Complaint |
| 12/10/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review and respond to questions from client regarding [REDACTED]; review and revise complaint |
| 12/10/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Revise securemypass complaint |
| 12/11/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review [REDACTED] review and revise complaint; discuss with H. Dreibelbis |
| 12/11/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Correspond with client regarding [REDACTED]; discuss [REDACTED] with A. Shaw |
| 12/12/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Telephone conference with H. Dreibelbis regarding [REDACTED] review and revise complaint |
| 12/12/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Revise AXS Complaint to [REDACTED]; research and analyze [REDACTED] in connection with complaint preparation; correspond with A. Shaw, client regarding [REDACTED] video conference with M. Turrill, R. Moon regarding [REDACTED] |
| 12/12/2025 | 1060920 | Michael L Turrill | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Prepare for and attend telephone conference with HL team regarding [REDACTED] review and revise draft complaint; review [REDACTED] |
| 12/15/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Correspond with associate in California regarding [REDACTED] |
| 12/15/2025 | 1060920 | Michael L Turrill | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Attention to [REDACTED] emails regarding [REDACTED] |
| 12/16/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review [REDACTED] from client; reply to email; attention to [REDACTED] discuss [REDACTED] with H. Dreibelbis |
| 12/16/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review/analyze client feedback regarding [REDACTED] revise complaint; correspond with A. Shaw regarding [REDACTED] correspond with Marksmen regarding [REDACTED]; correspond with R. Moon regarding [REDACTED] instruct G. Gamab to [REDACTED] correspond with PageVault to prepare [REDACTED] |
| 12/17/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review Marksmen investigation and email confirmation |
| 12/17/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Draft notice of lodging; draft Rule 7.1 certification; review/revise exhibits to complaint; correspond with team, Marksmen regarding [REDACTED] |
| 12/18/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review and finalize complaint and additional information for filing; review exhibits |
| 12/18/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Revise complaint; correspond with A. Shaw, client regarding [REDACTED] |
| 12/18/2025 | 1060920 | Michael L Turrill | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review updated draft complaint; emails regarding [REDACTED] |
| 12/19/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Discuss [REDACTED] with H. Dreibelbis |
| 12/19/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review Billboard article, [REDACTED] correspond with A. Shaw regarding [REDACTED] |
| 12/22/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Review [REDACTED]; coordinate with Knobbe |
| 12/22/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Discuss [REDACTED] with C. Magersupp; review client correspondence regarding [REDACTED] |
| 12/23/2025 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | 18800031952 | 771237.000018 | Securemypass Litigation Assessment | Telephone conference with H. Hyman at Knobbe |
| 12/23/2025 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | | | 1/26/2026 | PURGE | 771237.000018 | Securemypass Litigation Assessment | Review Knobbe correspondence regarding [REDACTED] |
| 1/5/2026 | 1050474 | Anna Shaw | USD | TRUE | [REDACTED] | [REDACTED] | | | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Email to client regarding [REDACTED] |
| 1/6/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | [REDACTED] | [REDACTED] | [REDACTED] | | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review and analyze client [REDACTED] correspond with client regarding [REDACTED] |

| Date | ID | Name | Currency | Flag | Date | Number | Code | Matter | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 1/7/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review complaint and exhibits |
| 1/7/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Research and analyze ███████ revise complaint; revise exhibits to complaint; review revised notice of interested parties; correspond with client and team regarding ███ |
| 1/8/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review and revise complaint; discuss ███████ with H. Dreibelbis; further review and revise same; review accompanying filing documents; attention to motion for alternative service |
| 1/8/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Further revise and finalize complaint; correspond with client and A. Shaw regarding ███ correspond with process server; correspond with T. de Jonge and team ███ |
| 1/8/2026 | 1060920 | Michael L Turrill | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review PHV drafts; communications regarding ████████████ coordinate with team regarding ███ |
| 1/9/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Coordinate complaint, pro hac vice filings with T. de Jonge and B. Quinn |
| 1/12/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Finalize complaint and related papers |
| 1/12/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Correspond with client regarding ███████ correspond with paralegal team regarding ███ |
| 1/13/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Attention to filing complaint; notice of appearance; PHV motions |
| 1/13/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review, revise and finalize complaint and exhibits; revise and finalize notice of lodging, summons; coordinate filing with T. De Jonge; correspond with client |
| 1/13/2026 | 1060920 | Michael L Turrill | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review ███████; emails with team |
| 1/14/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Email to client regarding ███████; discuss with H. Dreibelbis |
| 1/14/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Correspond with process server and A. Shaw regarding ███████; coordinate pro hac vice filings |
| 1/15/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Correspond with client ███████ review ███████ and consider ███████ |
| 1/15/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Coordinate with paralegal staff regarding summons filing, unconventional filing submission to court; ███████ with A. Shaw |
| 1/15/2026 | 1060920 | Michael L Turrill | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Emails regarding ████████████ review pro hac vice applications and communications regarding ███ review request for summons issuance |
| 1/16/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Telephone conference with H. Dreibelbis regarding ███████ telephone conference with client regarding ███████ review background information on ████████████ email to client regarding ███████ review and revise email to SMP |
| 1/16/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Correspond with securemypass regarding acceptance of service of complaint; upload complaint files to SFT site; video conference with A. Shaw to discuss ████████████ investigate ███ |
| 1/16/2026 | 1060920 | Michael L Turrill | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review communications to defendant |
| 1/17/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Further investigate ████████████ correspond with A. Shaw and C. Magersupp regarding ███ |
| 1/19/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review and analyze ███████ correspond with securemypass regarding same; correspond with client and A. Shaw regarding ███ |
| 1/19/2026 | 1060920 | Michael L Turrill | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review communications with defendant and internal communications regarding same |
| 1/20/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Telephone conference with H. Dreibelbis regarding ████████████ review ███ |
| 1/20/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Correspond with securemypass regarding service of process; review docket for summons; discuss ███████ with A. Shaw; summarize ███████ to client |
| 1/20/2026 | 1060920 | Michael L Turrill | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Emails regarding service of complaint and strategy for motion for alternative service |
| 1/21/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review reply from SMP SUPPORT email |
| 1/21/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review securemypass correspondence; discuss ███ with A. Shaw; report ███████ revise draft proposed order granting motion for alternative service; revise draft motion for alternative service; correspond with A. Shaw regarding ███ |
| 1/22/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Correspond with client regarding ████████████ meeting to discuss ███ correspond with team regarding ███████ |
| 1/22/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Revise draft motion for alternative service; correspond with A. Shaw regarding ███ |
| 1/22/2026 | 1060920 | Michael L Turrill | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Emails with HL team regarding ████████████ |
| 1/23/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Prepare for and attend telephone conference with client regarding ███████ review court orders; attention to service; review ████████████ attention to ███████ |
| 1/23/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Video conference with client to discuss ███████ correspond with team regarding ███████ |
| 1/23/2026 | 1060920 | Michael L Turrill | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review ███████ and communications with team regarding ███ |
| 1/26/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Attention to service of process status; review emails from Marksmen; attention to motion for alternative service |

| Date | ID | Name | Currency | Flag | Date | Invoice | Matter | Matter Name | Description |
|---|---|---|---|---|---|---|---|---|---|
| 1/26/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Correspond with M. Turrill regarding ███████████████ review docket updates; instruct K. Wong to ████████ client ██████████ instruct process server regarding ██████████ prepare service package related to ███ |
| 1/26/2026 | 1060920 | Michael L Turrill | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review latest court filings and orders |
| 1/27/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Revise declarations to motion for alternative service |
| 1/28/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Telephone conference with H. Dreibelbis; review and revise motion for alternative service; review and revise accompanying declarations |
| 1/28/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Manage case setup and organization; revise motion for alternative service; revise corresponding declarations; correspond with process server regarding ████████ draft process server declaration |
| 1/29/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review and revise motion for alternative services and declarations; review and consider ████████ |
| 1/29/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Further revise motion for alternative service and corresponding declarations; correspond with M. Turrill, client and A. Shaw regarding ███ |
| 1/29/2026 | 1060920 | Michael L Turrill | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Review and revise draft motion for alternative service and supporting declarations |
| 1/30/2026 | 1050474 | Anna Shaw | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Telephone conference with H. Dreibelbis regarding ████████████ |
| 1/30/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 2/26/2026 | 18800032180 | 771237.000018 | Securemypass Litigation Assessment | Organize case files; correspond with client regarding ████████ video conference with A. Shaw to discuss ████ correspond with G. Gamab regarding ██████████ review and revise draft exhibits to motion for alternative service; research and analyze ██████████ revise motion for alternative service related to ████; correspond with A. Shaw regarding ████ |
| 2/2/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Correspond with K. Wong regarding ██████████████ review and revise AO-120 Form; conference call with S. Yonekura; correspond with client regarding ████ |
| 2/2/2026 | 1060920 | Michael L Turrill | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Attend telephone conference regarding ████████ review filing of report of filing on trademark action |
| 2/3/2026 | 1050474 | Anna Shaw | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Review and revise ██████████ to motion for alternative service; consider comments from M. Turrill regarding ██████████████████ email to H. Dreibelbis regarding ██████████ review questions from client |
| 2/3/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Revise and finalize motion for alternative service declarations and associated exhibits; coordinate signature of same; correspond with client regarding ████ correspond with M. Turrill regarding ██████████ revise motion for alternative service |
| 2/3/2026 | 1060920 | Michael L Turrill | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Review and comment on draft motion for alternative service; analysis of issues regarding ██████████████ and communications with team regarding ████ |
| 2/4/2026 | 1050474 | Anna Shaw | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Review and revise motion for alternative service |
| 2/4/2026 | 1050474 | Anna Shaw | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Telephone conference with H. Dreibelbis regarding ██████████████████ |
| 2/4/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Further revise motion for alternative service; research and ████████████████████ begin drafting same |
| 2/5/2026 | 1050474 | Anna Shaw | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Review and revise motion to seal |
| 2/5/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Correspond with client regarding ██████████ draft and revise correspondence to SMP regarding meet-and-confer; correspond with SMP regarding same; draft sealing application and associated documents; correspond with A. Shaw regarding ████; review and analyze Judge Garnett's standing order and local rules regarding filing under seal, meet and confer requirement; research and analyze caselaw related to ██████████ discuss ████ with A. Shaw |
| 2/5/2026 | 1060920 | Michael L Turrill | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Emails with team regarding ██████ |
| 2/6/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Revise and finalize motion for alternative service and associated documents; revise and finalize sealing application and associated documents; coordinate filing of same; correspond with client ██████████ correspond with T. de Jonge, A. Shaw regarding ████ |
| 2/6/2026 | 1060920 | Michael L Turrill | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Review and comment on draft motion for filing under seal; multiple communications with team regarding ████ |
| 2/9/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Correspond with client regarding ██████████████ correspond with A. Shaw regarding ████ research and analyze ████████████████ summarize ████ for A. Shaw |
| 2/10/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Review Court order regarding motion for alternative service hearing date; correspondence with M. Turrill regarding ████ |
| 2/12/2026 | 1050474 | Anna Shaw | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Review and revise ██████████ |
| 2/12/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Correspond with A. Shaw and client regarding ██████████ |
| 2/13/2026 | 1050474 | Anna Shaw | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Review email regarding ██████████ consider strategy ████ and discuss with H. Dreibelbis |

| Date | ID | Name | Currency | Flag | Date | Invoice | Matter No. | Matter | Description |
|---|---|---|---|---|---|---|---|---|---|
| 2/13/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Correspond with A. Shaw regarding ████████████ revise same; correspond with client regarding ████ |
| 2/20/2026 | 1050474 | Anna Shaw | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Meet with H. Dreibelbis to discuss ████████ |
| 2/20/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Conference call with A. Shaw to discuss ████████; conference call with K. Wong to discuss ████████; correspond with client ████████ |
| 2/23/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Correspond with K. Wong regarding ████████ |
| 2/25/2026 | 1050474 | Anna Shaw | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Telephone conference with client regarding ████ discuss ████ with H. Dreibelbis |
| 2/25/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Draft ████████ correspond with client regarding ████ conference call with client to discuss ████ |
| 2/26/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Review and analyze ████████ related to request for remote hearing |
| 2/27/2026 | 1050474 | Anna Shaw | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Review and revise request for video hearing |
| 2/27/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Draft and revise request for remote hearing, declaration, and proposed order; correspond with A. Shaw and M. Turrill regarding ████ correspond with SMP requesting meet-and-confer regarding request for remote hearing |
| 2/27/2026 | 1060920 | Michael L Turrill | USD | TRUE | 3/23/2026 | 18800032361 | 771237.000018 | Securemypass Litigation Assessment | Review and revise draft motion to appear remotely at hearing; emails with team |
| 3/1/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 4/21/2026 | 18800032574 | 771237.000018 | Securemypass Litigation Assessment | Correspond with K. Wong regarding ████████ |
| 3/2/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 4/21/2026 | 18800032574 | 771237.000018 | Securemypass Litigation Assessment | Further revise and finalize request for remote hearing papers; coordinate with K. Wong on ████████ correspond with client regarding ████ |
| 3/2/2026 | 1060920 | Michael L Turrill | USD | TRUE | 4/21/2026 | 18800032574 | 771237.000018 | Securemypass Litigation Assessment | Review motion for leave to appear remotely as-filed |
| 3/4/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 4/21/2026 | 18800032574 | 771237.000018 | Securemypass Litigation Assessment | Discuss ████████ with A. Shaw and check docket related to same |
| 3/5/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 4/21/2026 | 18800032574 | 771237.000018 | Securemypass Litigation Assessment | Review court order regarding vacated hearing; report ████████ |
| 3/5/2026 | 1060920 | Michael L Turrill | USD | TRUE | 4/21/2026 | 18800032574 | 771237.000018 | Securemypass Litigation Assessment | Review court order regarding hearing on motion for alternative service |
| 3/26/2026 | 1050474 | Anna Shaw | USD | TRUE | 4/21/2026 | 18800032574 | 771237.000018 | Securemypass Litigation Assessment | Review email from client and respond; confer with H. Dreibelbis regarding ████ |
| 3/26/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 4/21/2026 | 18800032574 | 771237.000018 | Securemypass Litigation Assessment | Correspond with A. Shaw regarding ████████ |
| 3/30/2026 | 1050474 | Anna Shaw | USD | TRUE | 4/21/2026 | 18800032574 | 771237.000018 | Securemypass Litigation Assessment | Attention to service deadline and consider ████████ correspond with M. Turrill and H. Dreibelbis regarding ████ |
| 3/30/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 4/21/2026 | 18800032574 | 771237.000018 | Securemypass Litigation Assessment | Correspond with M. Turrill and A. Shaw regarding ████████ |
| 3/30/2026 | 1060920 | Michael L Turrill | USD | TRUE | 4/21/2026 | 18800032574 | 771237.000018 | Securemypass Litigation Assessment | Emails with H. Dreibelbis regarding ████████ |
| 4/1/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Correspond with M. Turrill regarding ████████ provide advice to client ████ |
| 4/1/2026 | 1060920 | Michael L Turrill | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Email communications regarding ████████ |
| 4/3/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Draft meet/confer correspondence to SMP; correspond with A. Shaw regarding ████ draft motion to extend deadline and proposed order; correspond with local counsel regarding ████ |
| 4/6/2026 | 1050474 | Anna Shaw | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review and revise motion to extend service deadline |
| 4/6/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Revise motion to extend service deadline and proposed order; correspond with M. Turrill, A. Shaw regarding ████ finalize motion with K. Wong; coordinate filing of same; correspond with client regarding ████ |
| 4/6/2026 | 1060920 | Michael L Turrill | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review and suggest revisions to draft motion for extension of time to serve complaint; multiple emails regarding ████ review and approve final version for filing |
| 4/10/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review court order on motion for alternative service; report ████ correspond with M. Turrill regarding ████████ |
| 4/10/2026 | 1060920 | Michael L Turrill | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review and analyze court order granting motion for alternative service; emails with team ████ |
| 4/13/2026 | 1050474 | Anna Shaw | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review and revise service email and attention to return of service form |
| 4/13/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Draft and revise service email; correspond with M. Turrill, A. Shaw regarding ████ upload all filings to SFT site; serve filings on SMP; review SMP response to same; confer with K. Wong regarding ████ confer with client regarding ████████ |
| 4/13/2026 | 1060920 | Michael L Turrill | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Attention to court order allowing alternative service; multiple emails regarding ████████ review communications from SecureMyPass and from client ████ |
| 4/14/2026 | 1050474 | Anna Shaw | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Meet with H. Dreibelbis to ████████ |
| 4/14/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Confer with A. Shaw to ████████ |
| 4/14/2026 | 1060920 | Michael L Turrill | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review and comment on ████████ emails with H. Dreibelbis regarding ████ |
| 4/15/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review and revise proof of service form; correspond with K. Wong regarding ████ |
| 4/16/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Coordinate meeting to discuss ████████ |
| 4/20/2026 | 1050474 | Anna Shaw | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review proof of service filing |
| 4/20/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Draft and revise proof of service form, affidavit; correspond with A. Shaw |
| 4/21/2026 | 1060920 | Michael L Turrill | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review filed proof of service |
| 4/23/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review ████████ in preparation for client telephone conference |
| 4/24/2026 | 1050474 | Anna Shaw | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Check case status; review recent correspondence from SMP; review ████████ prepare for and attend client telephone conference |
| 4/24/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review and analyze ████████ prepare for client meeting; video conference with client to discuss ████ |
| 4/28/2026 | 1050474 | Anna Shaw | USD | TRUE | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review and revise ████████ and check case status |

| Date | ID | Name | Currency | Flag | | | | Date2 | ID2 | Matter | Matter Name | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/28/2026 | 1050474 | Anna Shaw | USD | TRUE | ███ | ███ | ███ | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review and consider ████████████████████ ████ strategy |
| 4/28/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | | | | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Revise ███████████ correspond with SecureMyPass regarding settlement and identification; review SecureMyPass response |
| 4/28/2026 | 1060920 | Michael L Turrill | USD | TRUE | | | | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review ████████████████████ |
| 4/29/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | | | | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Correspond with client regarding ███████████████; review court standing order; serve same on SecureMyPass |
| 4/30/2026 | 1050474 | Anna Shaw | USD | TRUE | | | | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review and consider ███████████ |
| 4/30/2026 | 1088564 | Hadley Dreibelbis | USD | TRUE | | | | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review Judge Garrett standing order Review court's order setting scheduling conference; serve same on SecureMyPass |
| 4/30/2026 | 1060920 | Michael L Turrill | USD | TRUE | | | | 5/28/2026 | 18800032880 | 771237.000018 | Securemypass Litigation Assessment | Review court standing order and scheduling order; review communications regarding settlement |
| 5/5/2026 | 1060920 | Michael L Turrill | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Emails regarding ████████████████████ |
| 5/6/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Correspond with client regarding ████████ confer with R. Moon, M. Turrill regarding ████████████████; review sample default |
| 5/6/2026 | 1060920 | Michael L Turrill | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review email communications regarding █████████; review Central District rules regarding same; review form of default request; emails w/ R. Moon and H. Dreibelbis regarding ███████ |
| 5/7/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Instruct K. Wong to ████████████████ |
| 5/15/2026 | 1050474 | Anna Shaw | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review and revise motion for default |
| 5/15/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Draft, revise and finalize motion for entry of default, declaration and proposed order; coordinate review and filing of same |
| 5/15/2026 | 1060920 | Michael L Turrill | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review and comment on draft default application and supporting declaration; review for local rule compliance; emails with team regarding ████ |
| 5/18/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Report ████████████ |
| 5/18/2026 | 1060920 | Michael L Turrill | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review default issued by Clerk and related correspondence |
| 5/21/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review and analyze ████████████████████████ in preparation for default judgment brief drafting; begin drafting default judgment brief |
| 5/26/2026 | 1050474 | Anna Shaw | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Discuss ███████████ with H. Dreibelbis |
| 5/26/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Discuss ███████████ with A. Shaw |
| 5/26/2026 | 1060920 | Michael L Turrill | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Email communications regarding ████████████████ |
| 5/27/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Compile materials for ██████████████████████ ███ |
| 5/27/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review client email regarding ██████████ |
| 6/1/2026 | 1050474 | Anna Shaw | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Discuss ███████████ with H. Dreibelbis |
| 6/1/2026 | 1060920 | Michael L Turrill | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Email communications re ███████████ |
| 6/2/2026 | 1050474 | Anna Shaw | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Strategize on ███████████ |
| 6/2/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Research and analyze ████████████████████ prepare draft motion documents; discuss ███████████ with A. Shaw |
| 6/3/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Draft introduction, background of default judgment motion; prepare argument |
| 6/4/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Draft argument, justification for requested relief for default judgment motion; correspond with client regarding █████████████ |
| 6/5/2026 | 1050474 | Anna Shaw | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review and revise default judgment motion |
| 6/5/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Further revise default judgment motion, proposed order; draft business declaration; correspond with A. Shaw, M. Turrill regarding ████ |
| 6/5/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Finish drafting argument for default judgment motion; draft attorney declaration, proposed order; review and analyze ████████████████████ revise default judgment motion; correspond with A. Shaw, M. Turrill regarding ███████████ |
| 6/5/2026 | 1060920 | Michael L Turrill | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review and revise initial draft of default judgment motion; emails w/ HL team ██ |
| 6/6/2026 | 1050474 | Anna Shaw | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review and revise motion for default judgment, exhibits and consider ███████ |
| 6/6/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Revise motion for default judgment, declarations and exhibits; draft Turrill declaration; discuss ████ with M. Turrill, A. Shaw; research and analyze ████████████████ and revise argument related to same; research and analyze ███████████ |
| 6/6/2026 | 1060920 | Michael L Turrill | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review and revise updated drafts of default judgment motion and supporting declarations; communications re ████ |
| 6/7/2026 | 1050474 | Anna Shaw | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review and revise motion for judgment, and accompanying materials |
| 6/7/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Further revise default judgment motion documents; instruct G. Gamab to ████████████ ███████ prepare draft ████████████ correspond with client regarding ███████ █████████ continue research and analysis of ████████████ ████████████████████ |
| 6/7/2026 | 1060920 | Michael L Turrill | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review latest updated drafts of motion for default judgment and supporting documents; revise same; emails w/ H. Dreibelbis re ████ |
| 6/8/2026 | 1050474 | Anna Shaw | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Finalize motion for default judgment |
| 6/8/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review ████████████████████████; revise default judgment motion and associated declarations |
| 6/9/2026 | 1050474 | Anna Shaw | USD | FALSE | | | | | | 771237.000018 | Securemypass Litigation Assessment | Review and finalize motion and accompanying papers |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/9/2026 | 1088564 | Hadley Dreibelbis | USD | FALSE | ██████ ███ ██ | ████████ █ | 289,687.05 | 771237.000018 | Securemypass Litigation Assessment | Further revise motion for default judgment, exhibits; correspond with client regarding ████████ discuss ██ with A. Shaw; review and analyze ████████ draft sealing documents related to motion for default judgment |

**TOTAL**